

FILED

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

SEP 2 0 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br><br>INFORMATION ASSOCIATED WITH<br>hair487@gmail.com THAT IS STORED AT<br>PREMISES CONTROLLED BY GOOGLE, INC. | )<br>)<br>)<br>)<br>)<br>)<br>) |

SEALED

Case No.

2:16-SW- 578 CKD

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

## SEE ATTACHMENT A, attached hereto and incorporated by reference.

located in the _____Eastern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

## SEE ATTACHMENT B, attached hereto and incorporated by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1341, 1028A | Mail Fraud, Aggravated Identity Theft |

The application is based on these facts:

## SEE AFFIDAVIT, attached hereto and incorporated by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Chris Collins, Special Agent, Department of Labor, OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __9/20/2016__

_____
*Judge's signature*

City and state: Sacramento, California

Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with hair487@gmail.com that is stored at premises controlled by GOOGLE, INC., a company that accepts legal process at 1600 Amphitheatre Parkway, Mountain View, California, 94043.

A-1

## ATTACHMENT B

### Particular Things to be Seized

## I.    Information to be disclosed by GOOGLE, INC. (the "Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on August 18, 2016, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.    The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.    The types of service utilized;

d.    All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files associated with Google Docs and/or Google Drive;

e.     All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and/or contraband of violations of Title 18, United States Code, §§ 1341 and 1028A, those violations involving unemployment insurance fraud and occurring after January 1, 2013, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

> (a) Emails, records, files, logs, or information relating to the use of "Hide My Ass" or other IP masking tools;
>
> (b) Emails, records, files, logs, or information that has been deleted but is still available to the Provider, relating to the following fictitious and legitimate companies:

| Employer Name | Employer Address |
|---|---|
| 2171 Hussium Hills St | 2171 Hussium Hills St, Las Vegas, NV 89108 |
| 926 E 17th Ave | 239 Lawton Street, Antioch, CA 94509 |
| 926 E 17th Ave | 1, Oakland, CA 94603 |
| 926 E 17th Ave | 1, Oakland, CA 94603 |
| Advanced Digital Service | 948 N Cahuenga Blvd, Los Angeles, CA 90038 |
| AGILENT TECH | 926 E 17th St #1, Oakland, CA 94606 |
| AGILENT TECH | 926 E 17th St #1, Oakland, CA 94606 |
| Agilent Technologies | 926 E 17th St #1, Oakland, CA 94606 |
| Agilent Technology | 5301 Stevens Creek Blvd, Santa Clara, CA 95050 |
| AGILENT TECHNOLOGY | 926 E 17th St #1, Oakland, CA 94606 |
| AGILENT TECHNOLOGY | 926 E 17th St #1, Oakland, CA 94606 |
| Alameda Contra Costa Transit District | 1600 Franklin St, Oakland, CA 94612 |
| Anderson Trust | 2050 E Louise Ave, Lathrop, CA 95330 |
| Austins Construction, Inc | 239 Lawton Street, Antioch, CA 94509 |
| Bayview Construction | 239 Lawton Street, Antioch, CA 94509 |

| Bio-Rad Laboratories, Inc. | PO Box 23020, Oakland, CA 94623 |
| Bloomingdales | 845 Market Street, San Francisco, CA 94103 |
| Bradley Medical | 239 Lawton Street, Antioch, CA 94509 |
| Bradley Medical | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Bradley's | 239 Lawton Street, Antioch, CA 94509 |
| Bradley's | 4180 E Bonanza Unit 410, Las Vegas, NV 89110 |
| Bradley's | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Bretley & Vicks Construction | 239 Lawton Street, Antioch, CA 94509 |
| Brookson Construction, Inc | 239 Lawton Street, Antioch, CA 94509 |
| Campo Express | 926 E 17th St #1, Oakland, CA 94606 |
| Central Construction | 239 Lawton Street, Antioch, CA 94509 |
| Citistaff Solutions | 111 W Town County Rd, Orange, CA 92868 |
| City of Oakland | PO Box 23020, Oakland, CA 94623 |
| City of Palo Alto | 3201 E Bayshore Road, Palo Alto, CA 94303 |
| CONTENTMENT CONSTRUCTION | 239 Lawton Street, Antioch, CA 94509 |
| Contra Costa Health Services | 1305 McDonald, Richmond, CA 94801 |
| County of San Joaquin | 44 N San Joaquin St, #550, Stockton, CA 95202 |
| Criterion Catalyst | 926 E 17th St #1, Oakland, CA 94606 |
| DAVIDISON PRODUCTION | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| Davidson Refigeration Co | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| DAY TI CONSTRUCTION | PO BOX 1430, Wildomar, CA 92595 |
| DAY TI CONTRUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| DC Trucking | 239 Lawton Street, Antioch, CA 94509 |
| Deccan International | 239 Lawton Street, Antioch, CA 94509 |
| Dept of Correction | 651 I St, Sacramento, CA 95814 |
| Destiny Campo Inc | 926 E 17th St #1, Oakland, CA 94606 |
| Distance Learning Center | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Doctors Best Inc | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Duston Bio, Inc | 926 E 17th St #1, Oakland, CA 94606 |
| Echo Landscape | 2401 Grant Ave, San Lorenzo, CA 94580 |
| Fairfield Marketing | PO Box 14586, Fairfield, CA 95688 |
| Galgon Industries | 37399 Cantivalmont Pl, Fremont, CA 94536 |
| GROUP COMMERCIAL COMPANY | 926 E 17th St #1, Oakland, CA 94606 |
| GROUPE COMMERCIAL | 926 E 17th St #1, Oakland, CA 94606 |
| Grover Sanders | 10953 14 th Ave, Hamford CA, 93230 |
| GRUPE COMMERCIAL | 926 E 17th St #1, Oakland, CA 94606 |
| GRUPE COMMERCIAL | 926 E 17th St #1, Oakland, CA 94606 |
| Hadley's Construction Inc | 239 Lawton Street, Antioch, CA 94509 |
| Hanson Medical | 239 Lawton Street, Antioch, CA 94509 |

B-4

| | |
|---|---|
| Holy Names University | 3500 Mountain Blvd, Oakland CA 94619 |
| Human Services Management | 3500 Mountain Blvd, Oakland, CA 94619 |
| IHSS | 5353 Sunol, Pleasant, CA 94520 |
| Imaging Source | 926 E 17th St #1, Oakland, CA 94606 |
| INTEGRATIVE INDUSTRIAL | 926 E 17th St #1, Oakland, CA 94606 |
| International Rectifier | 101 N Sepulveda Blvd, El Segundo, CA 90245 |
| J & T PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| J T ENTERTAINMENT | 926 E 17th St #1, Oakland, CA 94606 |
| J T LABS | 926 E 17th St #1, Oakland, CA 94606 |
| J T Production | 2171 Hussium Hills St, Las Vegas, NV 89108 |
| JACKSON CONSTRUCTION INC | 239 Lawton Street, Antioch, CA 94509 |
| JACKSON MEDICAL CENTER | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| JACKSON MEDICAL CENTER | 239 Lawton Street, Antioch, CA 94509 |
| Jacksons Constrction, Inc | 239 Lawton Street, Antioch, CA 94509 |
| Jacksons Industries Inc | 239 Lawton Street, Antioch, CA 94509 |
| JACKSONS MEDICAL CENTER | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Jacksons Refrigerations Co. | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Jason's Industries Inc | 239 Lawton Street, Antioch, CA 94509 |
| JASPER MEDICAL GROUP | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Jay Refer Tutoring | 239 Lawton Street, Antioch, CA 94509 |
| JL PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| JOHNATHANS ENTERTAINMENT | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| JOHNSON AND CLEMONS | 239 Lawton Street, Antioch, CA 94509 |
| JT Production | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| JT Science | 926 E 17th St #1, Oakland, CA 94606 |
| JTW ENTERTAINMENT | 926 E 17th St #1, Oakland, CA 94606 |
| Justin Learning | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| K & L ENTERTAINMENT | 926 E 17th St #1, Oakland, CA 94606 |
| K Walkers | 239 Lawton Street, Antioch, CA 94509 |
| Kaiser Foundation Health Plan | PO Box 23020, Oakland, CA 94606 |
| KD PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| Keenans Refrigeration Co | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| King Construction | 239 Lawton Street, Antioch, CA 94509 |
| Kings Construction | 239 Lawton Street, Antioch, CA 94509 |
| Kingsley | 239 Lawton Street, Antioch, CA 94509 |
| Kingsly | 239 Lawton Street, Antioch, CA 94509 |
| Kingsly | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| Larson Construction | 239 Lawton Street, Antioch, CA 94509 |
| LV Western | 9113 S Western Ave, Los Angeles, CA 90047 |

| | |
|---|---|
| Magic Leap, Inc | 3107 Stirling Rd, Hollywood, CA 33312 |
| Magic Leap, Inc | 3110 Tirling, Hollywood CA 33312 |
| Magic Leap, Inc | 1600 Divisadero, San Francisco, CA, 94143 |
| MEDICAL PHYSICINE | 926 E 17th St #1, Oakland, CA 94606 |
| Mid Valley Labor Services | 18358 Avenue, Madera, CA 93637 |
| Mountain Cascase, Inc | 555 Exchange Ct, Livermore, CA 94550 |
| OAKLAND MEDICAL | 926 E 17th St #1, Oakland, CA 94606 |
| OAKLAND MEDICAL PHYSICINE | 2171 Hussium Hills St, Las Vegas, NV 89108 |
| Pacific Bell Telephone Company | 900 Chestnut, St. Louis, MO 63101 |
| Pacific Gas & Electric | 926 E 17th St #1, Oakland, CA 94606 |
| PACIFIC MANAGEMENT | 926 E 17th St #1, Oakland, CA 94606 |
| PACIFIC PARTNER | 926 E 17th St #1, Oakland, CA 94606 |
| Parkers | 239 Lawton Street, Antioch, CA 94509 |
| Plant Maintenance | 926 E 17th St #1, Oakland, CA 94606 |
| Plant Maintenance | 239 Lawton Street, Antioch, CA 94509 |
| Plant Maintenance | 500 North Brand Blvd Ste 1100, Glendale, CA 91203 |
| Rightsourcing, Inc. | PO BOX 23020, Oakland, CA 94623 |
| Robert Edelman MD | 200046 Lake Chabot, Castro Valley, CA 94546 |
| Roslyn Ent | 235 Montgomery, San Francisco, CA 94101 |
| Sharon D. Burke | 1245 Ingalls Street, San Francisco, CA 94124 |
| Starlett Convalescent | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| T J Production | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| T K Production | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| T L PRODUCTIONS | 926 E 17th St #1, Oakland, CA 94606 |
| TATRUM APPAREL | 926 E 17th St #1, Oakland, CA 94606 |
| TC Trade, Inc | 926 E 17th St #1, Oakland, CA 94606 |
| Telepacific Communication | 3485 Brookside Rd, Stockton, CA 95206 |
| Tesoro Corp | 921 W Hamilton, Campbell, CA 95008 |
| Theraputeic Pathway | 475 Darlene Ln, Tracy, CA 95377 |
| Tire & Wheel Master, Inc | 3745 Peterson Rd, Stockton, CA 95215 |
| T K PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| TK Science | 239 Lawton Street, Antioch, CA 94509 |
| UCI Construction | 261 Arthur, Martinez, CA 94553 |
| UCI Construction | 926 E 17th St #1, Oakland, CA 94606 |
| Uitracell Corporation | 399 Lindbergh, Livermore, CA 94551 |
| Unified School District | 868 Campbell, Riverside, CA 92502 |

B-6

(c) Emails, records, files, logs, or information that has been deleted but is still available to the Provider, relating to stolen identities including the identities resembling the following names with minor typo:

| Last Name | First Name |
|---|---|
| AARS | RICHARD |
| ABA | JEANNETTE |
| ABAD | ALLISON |
| ABADILLA | LOUIE |
| ABAI | TSIGEWOINI |
| ABALOS | MARY |
| ABATE | MICHAEL |
| ABAYA | JUDEAH |
| ABBOTT | DEVEN |
| ABBOTT | WILLIAM |
| ABBOTT | DEVEN |
| ABDULLA | ANTHONY |
| ABDULLAH | RASHEED |
| ABELLA | DENNIS |
| ABERCROMBIE | SHONDA |
| ABERRA | FANUEL |
| ABIARO | DIXIE |
| ABOLOS JR | ALBERT |
| ABRAHAM | LESLIE |
| ACERES-LEDINGTON | TAMMI |
| ACKLEY | MARY |
| ADAIR | KAURU |
| ADAMS | ELIZABETH |
| ADAMS | APRIL |
| AGDAMAG | PRESTON |
| AGHAKHANI | ARASH |
| AGHASSIAN | DANIEL |
| AGUAYO | SALVADOR |
| AGUIRRE | MARTIN |
| AHMED | ZAINA |
| ALCARION | EMELITA |
| ALEMI | QAIS |
| ALEMOZAFFAR | FARZANEH |

| ALESARGEZ | HAIET |
|---|---|
| ALEXANDER JR | DON |
| ALLEN | CYNTHIA |
| ALLEN | ANN |
| ALONSO | EDITH |
| ALVARADO | RUDY (DAVID) |
| AMIR | ALI |
| ANDERSON | NANCY |
| ANDRE | IRIS |
| ANGELES | LOLITA |
| ANGLES | FRANCISCO |
| AOKI | CHUCK |
| AREE | RAJAE |
| ASHE | JONATHAN |
| BAKER | DAJON |
| BAO | YINGZE |
| BARGER | SABRINA |
| BARKER | AMIE |
| BARNES | TAMI |
| BARNES | JOHNIE |
| BARON | CARLOS |
| BARTOS | REBEKAH |
| BASKERVILLE | TRACY |
| BASTIAN | DIANE |
| BATES | GREGORY |
| BAUMANN | STEPHAN |
| BAYYA | HARIKANTH |
| BECHER | BENJAMIN |
| BEHESTI | HOOMAN |
| BENINCASA | PETER |
| BITHONEY | TIM |
| BORODULIN | OLEG |
| BRADLEY | STEPHEN |
| BRADLEY | STEPHEN |
| BRADLEY | BRUCE |
| BRADSKI | CHRISTOPHER |
| BRAGG | RACHEL |
| BRANTLEY | EILEEN |
| BRAR | ARUNVIR |

B-8

| | |
|---|---|
| BRISTOL | SHIRLEY |
| BROWN | JACOB |
| BROWN | CARLA |
| BROWN | FELECIA |
| BROWN | MONICA |
| BUI | PHONG |
| BURNETT | DARLA |
| BURTON | DONNA |
| CAMHA | DOUGLAS |
| CARRIGG | KAREN |
| CARRUESCO | GINA |
| CARTER | ROBERT |
| CASSIMY | BARBARA |
| CATINO | DEBORAH |
| CHAMBERS | MELODY |
| CHAVEZ | CRYSTAL |
| CHEN | JAMES |
| CONTRERAS | NESTOR |
| COOLEY | HEIDI |
| COOPER | ALLEN |
| CORDETT | TIMOTHY |
| CORONA SORIA | GUILLERMO |
| CORTEZ | ELISA |
| COSTELOW | TRISHA |
| COX | HILARY |
| CRAIGHTON | CORNETTA |
| CROSTON | JOHN |
| CUEVAS | ANTHONY |
| CURTIS | LORI |
| DAI | ANNIE |
| DAIN | JENNIFER |
| DANFORTH | RICK |
| DASGUPTA | CHIRANJIB |
| DAVIDSON | MIKE |
| DAVIES | CARRIE |
| DAVIS | TAMMY |
| DAVIS | KRISTY |
| DAWES III | WILL |
| DRAKE | STACY |

B-9

| | |
|---|---|
| ELLIOTT | JULIANNE |
| ELLIOTT | JULIANNE |
| ESTKOWSKI | MARTIN |
| FETTERLY | SUSAN |
| FIGUEROA | MIRELLA |
| FIGUEROALIMA | ALFREDO |
| FIORE | RICHARD |
| FIORE | MICHAEL |
| FORNIRICO | MICHELLE |
| FORSS | TAMMY |
| FOX | CAROLYN |
| GALINDO | SILVINA |
| GARCIA | MARCOS |
| GARIBALDO | FRANCISCO |
| GARIBALDO | FRANCISCO |
| GARLIT | FLORENCE |
| GATES | BARBARA |
| GECK | CHRISTOPHER |
| GIANNONE | NICOLE |
| GILL | RAJINDER |
| GODISH | EVELYN |
| GONZALEZ | DANIEL |
| GOULD | ANNALEE |
| GRADY | JOHN |
| GRAEBNER | JEFFREY |
| GRAVELINE | DAVID |
| GRUNDE | CHRISTER |
| GUARDIOLA | MARIA |
| GUTIERREZ | ARNULFO |
| HALL | VALERIE |
| HANNIE | ANDRE |
| HANSEN | ERIC |
| HANSON | DAVID |
| HEILAND | NICHOLAS |
| HENRY | MELANIE |
| HERMANN | LORELEI |
| HERNANDEZ | MAURICIO |
| HERNANDEZ | RICARDO |
| HERNANDEZ | DANIEL |

B-10

| | |
|---|---|
| HERNANDEZ ALFARO | NARLY |
| HILL | ZACHARY |
| HITT | NANCY |
| HOLLOWAY | SEAN |
| HONNIBALL | LESLIE |
| HORTON | GABRIELLE |
| HOSMANN | ARIEL |
| HUI | AILEEN |
| HUI | ABRAHAM |
| HUTCHISON | TYLER |
| IBANZE | ANDREZ |
| IGIEBOR | OSARUESE |
| IYENGAR | NARA YAN |
| JACKSON | IRENE |
| JARSEY | MARTHA |
| JELLISON | BARBARA |
| JOHNSON | DAWN |
| KAKAR | PRIYANKA |
| KEY | BARBARA |
| KHAN | ZIAD |
| KINCAID | KENNETH |
| LAROSE ANDERSON | SHARILYN |
| LE | DAI |
| LEE | CALVIN |
| LEE | APRIL |
| LEON | HELEN |
| LI | LESTER |
| LIM | KADY |
| LIU | MAURICE |
| LOPEZ | EDDIE |
| LOZANO | CASILDO |
| LUNDMARK | DAVID |
| MA | LING |
| MADALA | SUMANTH |
| MARINI | FIDELE |
| MATALONESMITH | KELLY |
| MEDINA | ELISEO |
| MENDEZ | MARISELA |
| MINAKER | ERIN |

| | |
|---|---|
| MIRANDA | RAMON |
| MIRELES | JOSE |
| MORALES | OSBALDO |
| MORRIS | CHARLENE |
| NAGEL | PETRA |
| NISHIDA | PAMELA |
| OBRESTAD | RACHEL |
| OCONNOR | CHARLES |
| OELERICH | KENNETH |
| OH | ELIZABETH |
| OJO | OSARGUE |
| OKAZAKI | KYLE |
| OLSEN | RICK |
| PARK | JAY |
| PARKER | LEE |
| PERERA | FRANCIS |
| PFEIFFER | BRENDA |
| POWELL | SUMMER |
| PRESTWOOD | PAUL |
| PRESTWOOD | LILLIAN |
| QUESADA JR | LORENZO |
| RAAL | DAVID |
| RADTKE | LAURA |
| RASMUSSEN | CHRIS |
| REUTER | THOMAS |
| REYNOLDS | CHARLES |
| REYNOLDS | CHARLES |
| RODRIGUEZ | MIGUEL |
| ROMERO | CYNTHIA |
| ROSALES | SILVIO |
| RUEF | DOUGLAS |
| SAETERN | PAET |
| SALIM | MUHAMMAD |
| SCHERER | ANDREW |
| SCHNEIDER | JAY |
| SCOTT | MARTHA |
| SERRATO | BALDEMAR |
| SERRATO | MARIA |
| SIMON | JENNIFER |

| | |
|---|---|
| SNYDER | ROBERT |
| STEVENSON | VICTORIA |
| SZTAPKA | JASON |
| TATUM | ERIC |
| THATCHER | RAYMOND |
| UON | SARAN |
| VAN VORHIS | ROBERT |
| VANEGAS | ALBERTO |
| VILLA | PEDRO |
| WENDOFF | MIRANDA |
| WHELAN | DAVID |
| WILSON | LYNNETT |
| WILSON | LYNNETT |
| WRIGHT | LORI |
| WYATT | GLEN |
| YUNG | HENA |

(d) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(e) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

(f) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(g) Documents, records, or evidence reflecting communications or contacts, including notes, memoranda, correspondence, reports, or emails relating to paragraphs (a) through (f) above or identity theft.

B-13

(h) Documents, records or evidence relating to any communication, meeting, correspondence or sharing of information with Gregory Lee and/or lee.greg2016@gmail.com; Sergio Reyna and/or sergioreyna91@comcast.net; or Brittany Maunakea and/or maunakea415@comcast.net as it relates to violations of Title 18 United States Code §§ 1341 and 1028A

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JARED C. DOLAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6

7  Attorneys for Plaintiff
   United States of America
8

9              IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  In the Matter of the Search of:        CASE NO.

13  INFORMATION ASSOCIATED WITH        AFFIDAVIT IN SUPPORT OF AN APPLICATION
    hair487@gmail.com THAT IS STORED AT    FOR A SEARCH WARRANT
14  PREMISES CONTROLLED BY GOOGLE,
    INC.                                   **FILED UNDER SEAL**
15

16

17         I, Chris Collins, being first duly sworn, hereby depose and state as follows:

18              **I.      INTRODUCTION AND AGENT BACKGROUND**

19         1.      I make this affidavit in support of an application for a search warrant for information

20  associated with a certain account that is stored at premises controlled by GOOGLE, INC., an email

21  provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California, 94043.  The

22  information to be searched is described in the following paragraphs and in Attachment A.  This affidavit

23  is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and

24  2703(c)(1)(A) to require GOOGLE, INC. to disclose to the government copies of the information

25  (including the content of communications) further described in Section I of Attachment B.  Upon receipt

26  of the information described in Section I of Attachment B, government-authorized persons will review

27  that information to locate the items described in Section II of Attachment B.

28         2.      I am a Special Agent with the Department of Labor, Office of Inspector General, and

AFFIDAVIT                                    1

1  have been since September 2011. In May 2009 I earned a Masters of Public Administration from the

2  Robert F. Wagner Graduate School of Public Service at New York University in New York, New York.

3  I am a graduate of the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. Prior to

4  becoming a SA, I was an Investigative Research Specialist with DOL-OIG from 2009 to 2011 where I

5  assisted with nationwide visa fraud criminal cases. In August 2014 I completed the Digital Evidence

6  Acquisition Specialist Training Program at FLETC. As a DOL SA, my duties include investigating

7  fraud, waste and abuse of various DOL programs. During my tenure as a SA, I have participated and

8  conducted investigations of criminal activity including immigration fraud, theft of government funds,

9  healthcare fraud and other related financial crimes. I have participated in the execution of search and

10  arrest warrants and have seized evidence of violations of federal law.

11      3.      This affidavit is intended to show merely that there is sufficient probable cause for the

12  requested warrant and does not set forth all of my knowledge about this matter.

13      4.      Based on my training and experience and the facts as set forth in this affidavit, there is

14  probable cause to believe that violations of 18 U.S.C. §§ 1341 and 1028A have been committed by

15  Gregory Lee and Pamela Emanuel. There is also probable cause to search the information described in

16  Attachment A for evidence and contraband of these crimes further described in Attachment B.

17                          **II.      JURISDICTION**

18      5.      This Court has jurisdiction to issue the requested warrant because it is "a court of

19  competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) &

20  (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over

21  the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

22                          **III.      PROBABLE CAUSE**

23      6.      I hereby incorporate by reference the affidavit in support of search warrants dated July

24  13, 2016, and attached as Exhibit C.

25      7.      The July 2016 Search Warrant was executed on July 14, 2016 at both Subject Premises 1

26  and Subject Premises 2 in the Northern District of California. A simultaneous search warrant was

27  conducted at Subject Premises 3 in Stockton, CA, the Eastern District of California. Substantial

28  evidence of the offense was found at Subject Premises 1, the residence of Greg Lee. Specifically,

among the seized evidence were notebooks with handwritten notes containing the Personally Identifiable Information (PII) of known identity theft victims. The PII contained specific details such as peoples' Social Security Number, date of birth, employer and the quarterly wages earned from said employer. The PII seized in the home of Gregory Lee matches the fraudulent Unemployment Insurance claims known to the investigation.

8.     In the pages of the notebooks described above, the name "Pam" was written next to several pieces of PII, possibly indicating that a person named Pam provided those particular pieces of PII to Gregory Lee. A handwritten note in the same notebook lists 510-830-7120 as Pam's phone number. A public records search indicates that this phone number potentially belongs to Pamela S. Emanuel of San Jose, CA.

9.     After the July 2016 Search Warrant, I then learned that Pamela Emanuel is a former employee of the California Employment Development Department (EDD), where she served as a Tax Compliance Representative. Emanuel is the subject of an employee integrity investigation by the EDD Special Operations unit, not connected to the DOL-OIG investigation, prompted by an anonymous allegation that Emanuel was using stolen PII to file fraudulent UI claims. The EDD Special Operations unit was coincidentally scheduled to interview Emanuel on the day of the search warrant operation in Antioch and Stockton. Emanuel did not attend the interview and subsequently notified the EDD Special Operations investigator that she retired and was thus no longer required to speak with him.

## THE SUBJECT ACCOUNTS

10.     Since the search warrant operation, additional information on Emanuel has been recovered. As mentioned in paragraph 87 of the previous affidavit, the subjects of this investigation used a VPN called "Hide My Ass," owned by Privax in London, UK. Subscribers to this service can log-in and connect to websites with a masked IP address. With assistance of the United Kingdom, subscriber records were obtained for this Privax account used to file fraudulent UI claims. According to the obtained records this account is subscribed by Pamela Emanuel with Google account **hair487@gmail.com** the "SUBJECT ACCOUNT."

11.     Subscriber records for the SUBJECT ACCOUNT state that this account is registered in the name of "Pamela E." In addition, on Wednesday, February 27, 2013, Emanuel sent an e-mail from

1   her EDD e-mail account (pemanuel@edd.ca.gov) that included an electronic signature with the

2   SUBJECT ACCOUNT listed as her e-mail address.  I further conducted a search on Facebook using the

3   SUBJECT ACCOUNT as the search term.  This search resulted in a Facebook profile in the name of

4   Pamela Emanuel.  This Facebook profile states that Emanuel recently retired from the State of

5   California.

6        12.     On August 18, 2016, I submitted a preservation request to GOOGLE, INC. for the

7   **hair487@gmail.com** account.  I then received an automated response from Google confirming the

8   submission of the request.  In general, an email that is sent to a GOOGLE, INC. subscriber is stored in

9   the subscriber's "mail box" on GOOGLE, INC. servers until the subscriber deletes the email.  If the

10  subscriber does not delete the message, the message can remain on GOOGLE, INC. servers indefinitely.

11  Similarly, if a document is created in Google Drive, for example, it is stored in the subscriber's "My

12  Drive" the document can remain on GOOGLE, INC. servers indefinitely.  Even if the subscriber deletes

13  the email or document, it may continue to be available on GOOGLE, INC. servers for a certain period of

14  time.

15                        **IV.     BACKGROUND CONCERNING EMAIL**

16       13.     In my training and experience, I have learned that GOOGLE, INC. provides a variety of

17  on-line services, including electronic mail ("email") access, to the public.  GOOGLE, INC. allows

18  subscribers to obtain email accounts at the domain name gmail.com, like the email account listed in

19  Attachment A.  Subscribers obtain an account by registering with GOOGLE, INC..  During the

20  registration process, GOOGLE, INC. asks subscribers to provide basic personal information.  Therefore,

21  the computers of GOOGLE, INC. are likely to contain stored electronic communications (including

22  retrieved and unretrieved email for GOOGLE, INC. subscribers) and information concerning subscribers

23  and their use of GOOGLE, INC. services, such as account access information, email transaction

24  information, and account application information.  In my training and experience, such information may

25  constitute evidence of the crimes under investigation because the information can be used to identify the

26  account's user or users.

27       14.     A GOOGLE, INC. subscriber can also store with the provider files in addition to emails,

28  such as address books, contact or buddy lists, calendar data, pictures (other than ones attached to

1   emails), and other files, on servers maintained and/or owned by GOOGLE, INC.  Specifically, the

2   subscriber information for hair487 received from GOOGLE, INC. stated that the account included the

3   following services:  Android, Blogger, Gmail, Google AdSense, Google Calendar, Google Chrome

4   Sync, Google Dashboard, Google Docs, Google Drive, Google Friend Connect, Google Groups, Google

5   Hangouts, Google Maps Engine, Google Mobile, Google My Business, Google Payments, Google

6   Photos, Google Play, Google Search Console, Google Services, Google Sites, Google Subscribed Links,

7   Google Voice, Google+, Has Google Profile, Has Plusone, Location History, Wallet Transfer, Web &

8   App Activity, YouTube, and iGoogle.

9       15.      In my training and experience, email providers generally ask their subscribers to provide

10   certain personal identifying information when registering for an email account.  Such information can

11   include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative

12   email addresses, and, for paying subscribers, means and source of payment (including any credit or bank

13   account number).  In my training and experience, such information may constitute evidence of the

14   crimes under investigation because the information can be used to identify the account's user or users.

15   Based on my training and my experience, I know that even if subscribers insert false information to

16   conceal their identity, I know that this information often provide clues to their identity, location or illicit

17   activities.

18       16.      In my training and experience, email providers typically retain certain transactional

19   information about the creation and use of each account on their systems.  This information can include

20   the date on which the account was created, the length of service, records of log-in (i.e., session) times

21   and durations, the types of service utilized, the status of the account (including whether the account is

22   inactive or closed), the methods used to connect to the account (such as logging into the account via the

23   provider's website), and other log files that reflect usage of the account.  In addition, email providers

24   often have records of the Internet Protocol address ("IP address") used to register the account and the IP

25   addresses associated with particular logins to the account.  Because every device that connects to the

26   Internet must use an IP address, IP address information can help to identify which computers or other

27   devices were used to access the email account.

28       17.      In my training and experience, in some cases, email account users will communicate

1   directly with an email service provider about issues relating to the account, such as technical problems,

2   billing inquiries, or complaints from other users.  Email providers typically retain records about such

3   communications, including records of contacts between the user and the provider's support services, as

4   well records of any actions taken by the provider or user as a result of the communications. In my

5   training and experience, such information may constitute evidence of the crimes under investigation

6   because the information can be used to identify the account's user or users.

7          18.     As explained herein, information stored in connection with an email account may provide

8   crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under

9   investigation, thus enabling the United States to establish and prove each element or alternatively, to

10   exclude the innocent from further suspicion.  In my training and experience, the information stored in

11   connection with an email account can indicate who has used or controlled the account.  This "user

12   attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search

13   warrant at a residence.  For example, email communications, contacts lists, and images sent (and the

14   data associated with the foregoing, such as date and time) may indicate who used or controlled the

15   account at a relevant time.  Further, information maintained by the email provider can show how and

16   when the account was accessed or used.  For example, as described below, email providers typically log

17   the Internet Protocol (IP) addresses from which users access the email account along with the time and

18   date.  By determining the physical location associated with the logged IP addresses, investigators can

19   understand the chronological and geographic context of the email account access and use relating to the

20   crime under investigation. This geographic and timeline information may tend to either inculpate or

21   exculpate the account owner.  Additionally, information stored at the user's account may further indicate

22   the geographic location of the account user at a particular time (e.g., location information integrated into

23   an image or video sent via email).  Last, stored electronic data may provide relevant insight into the

24   email account owner's state of mind as it relates to the offense under investigation. For example,

25   information in the email account may indicate the owner's motive and intent to commit a crime (e.g.,

26   communications relating to the crime), or consciousness of guilt (e.g., deleting communications in an

27   effort to conceal them from law enforcement).

28

1

## V.    CONCLUSION

2    19.    Based on the forgoing, I request that the Court issue the proposed search warrant.

3 Because the warrant will be served on GOOGLE, INC. who will then compile the requested records at a

4 time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any

5 time in the day or night.

6

## VI.    REQUEST FOR SEALING

7    20.    I further request that the Court order that all papers in support of this application,

8 including the affidavit and search warrant, be sealed until further order of the Court.  These documents

9 discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the

10 investigation.  Accordingly, there is good cause to seal these documents because their premature

11 disclosure may seriously jeopardize that investigation.

12                                        Respectfully submitted,

13

14

15                                        Chris Collins
                                         Special Agent
                                         Department of Labor, Office of
16                                        Inspector General

17

18 Subscribed and sworn to before me on:  9/20/2016

19

20 The Honorable Carolyn K. Delaney
   UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25 Approved as to form by AUSA JARED C. DOLAN

26

27

28

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A SEARCH WARRANT

I, Chris Collins, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the United States Department of Labor, Office of
Inspector General, Office of Labor Racketeering and Fraud Investigations ("DOL-OIG")
in San Francisco, California, and have been so employed since September 2011. In May
2009 I earned a Masters of Public Administration from the Robert F. Wagner Graduate
School of Public Service at New York University in New York, New York. I am a
graduate of the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to
becoming a SA, I was an Investigative Research Specialist with DOL-OIG from 2009 to
2011 where I assisted developing criminal investigations. As a DOL-OIG SA, my duties
include investigating fraud, waste and abuse of various DOL programs. During my
tenure as a SA, I have participated and conducted investigations of criminal activity
including immigration fraud, theft of government funds, healthcare fraud and other
related financial crimes. I have participated in the execution of search and arrest warrants
and have seized evidence of violations of federal law.

2. The facts set forth in this affidavit are based upon my personal observations, witness
interviews, review of records, my training and experience, and information obtained from
various SAs and investigators. This affidavit is intended to show merely that there is
sufficient probable cause for the requested warrant and does not purport to set forth all of
my knowledge of the investigation into this matter. Unless specifically indicated

1

otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## SUMMARY OF THE INVESTIGATION

3.  The U.S. Department of Labor, Office of Inspector General, Office of Labor Racketeering and Fraud Investigations ("DOL-OIG"), the State of California Employment Development Department ("EDD") Investigation Division, the U.S. Postal Inspection Service and the Federal Bureau of Investigation ("FBI") are conducting an investigation of suspected Unemployment Insurance ("UI") fraud in violation of Title 18, United States Code, § 1341 (Mail Fraud) and Title 18, United States Code § 1028A (Aggravated Identity Theft).

4.  This case, Operation California Blizzard, was predicated on a report from the California EDD, which discovered that over 200 suspicious UI claims had been filed using legitimate employers and potentially stolen identities. Instead of registering fictitious companies and reporting fake payroll records with stolen identities, which is a common criminal scheme, the suspects modified their scheme to use the identities of actual employees at legitimate companies. The suspects do, however, include fictitious employers on the UI claims, possibly to ensure that the EDD correspondence mailed to the employer for verification is never received, never questioned and does not prevent payment of UI benefits to the claimant.  In other words, the suspects changed the address of the business so that the legitimate employers would not be tipped off that fraudulent UI claims were filed in the names of their actual employees. Many of the UI claims were filed online using a masked IP address through a Virtual Private Network ("VPN")

2

service. The suspects often listed some of the same addresses in Stockton, CA, Antioch, CA and Oakland, CA – among others – for employer's addresses and residential addresses for UI claims.

5. When withdrawing the UI money from ATMs, a suspect has been photographed by ATM surveillance cameras completely obscuring his/her face wearing clothing more appropriate for a blizzard than the San Francisco Bay Area. At the time of opening this investigation, the estimated dollar loss was approximately $800,000, which is expected to rise as claims continued to be filed and paid.

6. This affidavit is made in support of an application for search warrants in the Northern District of California at 2005 SAN JOSE DR, APT 226, ANTIOCH, CA, ("SUBJECT PREMISES 1") and 1703 LINDEN WAY, ANTIOCH, CA ("SUBJECT PREMISES 2") and the Eastern District of California at 39 GATEWAY CT, APT A8, STOCKTON, CA, ("SUBJECT PREMISES 3"). These applications are being submitted contemporaneously to both districts and, pursuant to Ninth Circuit law, I will advise the Court if either district denies the search warrant application.

## BACKGROUND: UNEMPLOYMENT INSURANCE

7. Since 1935, the U.S. Department of Labor's Unemployment Insurance ("UI") program has provided unemployment benefits to eligible workers who become unemployed through no fault of their own. This program ensures that at least a significant portion of the necessities of life, most notably food, shelter, and clothing, are met on a weekly basis while the worker seeks employment. UI beneficiaries who meet the requirements of

State law are eligible for this temporary financial assistance. Each state administers a separate UI program within the guidelines established by Federal law.

8. In the State of California, the California Employment Development Department ("EDD") administers the UI program. A business becomes subject to California state payroll taxes upon paying wages over $100 in a calendar quarter to one or more employees. Once subject to payroll taxes, an employer must complete and submit a registration form to EDD within 15 days. An employer may register by filing a DE-1 form, which is the Registration Form for Commercial Employers. Employers may submit this information online through the EDD Employer Services Online website or mail paper documents to the EDD. Additionally, an employer may register a company using the Tele-Reg system, which allows an employer to register over the phone with an EDD representative. A penalty and interest is charged on late reports.

9. Upon registration, EDD assigns an Employer Account Number (EAN) to the company. The DE-1 form includes spaces for the company's name, address, the number of employees, the type of business, and other general information. Box F on the form asks for the company's physical business location. Even if prior registration information has not been received by EDD, an EAN may already be assigned to their company if EDD received an initial payment of payroll taxes contributions or evidence of wages reported.

10. Employers are also required to file a Quarterly Contribution Return and Report of Wages (Form DE 9), which reconciles wages reported and taxes paid for each quarter. Employers may submit this information electronically on the EDD's Employer Services Online website or by mailing the forms to EDD.

4

11. To be eligible for UI in California, claimants must have worked and earned a minimum amount of wages within the past 18 months. In addition, claimants must be: 1) unemployed by no fault of their own; 2) able and available for work; 3) willing to accept suitable work; and 4) actively seeking work. The amount of weekly UI benefits paid to a claimant is based on the claimants' prior earnings, as reported by their employer for a specified time period, called the "base wage" period. Claimants can file their claims by mail, fax, telephone, or online. Benefits are paid when a claimant is laid off due to lack of work.

12. EDD prioritizes the immediate financial needs of unemployed workers over collection of payroll taxes from employers; therefore, an employer's delinquency to pay taxes, or utter failure to even register with the EDD, will not affect a claimant's eligibility for benefits. As long as a claimant shows proof of wages (W2, check stub) on their UI claim, EDD will pay the benefits, if eligible, even though the employer may not have paid any payroll taxes or registered with the EDD.

13. When an individual files a UI claim online, EDD automatically maintains certain information regarding the filing of the claim. This information includes the date and time the claim was submitted, the name of the person for whom the claim was filed, and the IP address of the computer, or ISP account, being used to file the claim.

14. UI claimants must answer a variety of questions in order to be eligible for UI benefits. Claimants must provide their name, Social Security number (SSN) and mailing address. Claimants must also list information on all of their employers for which they worked during the 18 months prior to filing a UI claim, including the former employers' name, period of employment and wages earned. If a claimant reports more than one former

employer, the EDD will calculate the reported wages from those two or more employers in order to determine the Weekly Benefit Amount (WBA).

15. When the EDD needs to verify the identity of the claimant, an "ID Alert" is issued on a UI claim.  When an ID Alert has been issued, the Identity Verification Group ("IDV group") of the UI Integrity Accounting Division sends the claimant the Request for Information (Form DE 1326E) and sends the Request for Identity Verification (Form DE 1326C) to the previous employer(s) identified on the current claim and the claim is suspended for 10 days.  The claimant must provide one of the following examples to prove identity verification: clear copy of driver's license, identification card, passport, and/or social security card.  After the 10 days the IDV group will determine the claimant's eligibility for UI benefits based on the available information provided by the claimant and/or employer(s) regarding the claimant's identity.  The reasons why the claimant may be ineligible for UI benefits due to one of the following: (a) Claimant did not respond to the DE 1326E; or (b) Documents provided were not clear to make an eligible determination; or (c) Documents provided were insufficient and did not prove the claimant's identity.

16. The EDD conducts Reemployment Eligibility Assessments (REA) requiring the claimant to attend a mandatory job assistance workshop at their local EDD workforce services office. If the claimant fails to attend this workshop, and the claimant certifies for UI benefits in the same week of the missed interview, then the EDD will send the claimant the Request for Eligibility Information (DE 4365RES) to request an explanation for why the claimant did not attend their REA appointment.  The EDD then mails the claimant a notice of the time and date of a scheduled telephone interview.  The notice includes

several questions that may be asked during the interview. Claimants who attend an initial REA appointment, but fail to attend a subsequent service will be sent a *Request for Eligibility Information, Non-Attendance at Mandatory Additional Service* (DE 4365RES). Each of the two questionnaires will provide claimants the opportunity to present an explanation why they did not attend the REA appointment or subsequent service as instructed. No further contact will be made with these claimants, unless additional eligibility issues are identified (other than the REA issue). One possible explanation that a claimant can select for the failure to appear is "Worked on the day of the REA appointment or attended a job interview on the day of the REA appointment." The EDD will then determine if the claimant had good cause for the missed interview, and if so, will allow the claimant to continue to collect benefits and will be paid for the certified week. If the claimant does not return the DE 4365REA or DE 4365RES, or the claimant does not establish good cause for the missed workshop, they will be denied from receiving benefits for the certified week in which the claimant had missed their appointment. Further information is required so that EDD may verify this explanation.

17. Once a UI claim is accepted, EDD typically deposits UI funds every two weeks to an Electronic Bill Payment ("EBP") debit card administered by Bank of America for the claimant to use to pay for their expenses. The EBP card is sent to the claimant in the mail at the address they provided in their UI claim. While receiving UI benefits, claimants must complete a Continued Claim Form DE 4581 and certify every two weeks, under penalty of perjury, that they remain unemployed and eligible to receive UI benefits. The completed Continued Claim Form may be submitted to the EDD by mail, or in some circumstances may be certified over the phone or online via the EDD website. Once the

Continued Claim Form is received by EDD, payment is authorized and deposited to the EBP debit card.  At present, weekly UI benefits typically range from $40 to $450.  In order to receive the maximum weekly benefit of $450, a claimant must have earned $11,674.01 or more in their highest quarter in the base period.

18. Based on my training and experience, I know that individuals intending to fraudulently obtain UI benefits generally follow recognizable patterns, including, among other indicia:

    a.  In some cases, conspirators invent companies from whole cloth, reporting fake addresses, P.O. boxes, or residences.  Investigations reveal that employers that were reported as claimants' former employers did not actually exist.

    b.  Fraudulent UI claims are commonly based on fake wages above $11,674.01 per quarter, and thus are eligible for the maximum weekly benefit of $450.  A conspirator may list more than one employer and wages so that, when wages are calculated together, the wages will be above $11,674.01, causing the claim to pay out the maximum Weekly Benefit Amount.

    c.  Conspirators also commonly borrow, buy or outright steal the identities of other people to report fake quarterly wages, file for fraudulent UI benefits and then collect the UI funds.  UI benefits are commonly withdrawn via ATMs by the conspirators.

    d.  Conspirators commonly use the addresses of their friends and family to propagate the scheme.  When conspirators list the UI claimants address on the UI claims, they commonly use their co-conspirators addresses, rather than their own home address.  EBP debit cards and other EDD correspondence is then mailed to these addresses.

## PROBABLE CAUSE TO SEARCH THE SUBJECT PREMISES 1, 2 AND 3
## AND ARREST LEE, TURNER AND REYNA

### Overview of Investigation

19. Gregory LEE, Naomi TURNER, Risa PEOPLES, Shari ROBERTS and Sergio Doriante Sanchez REYNA (aka: Sergio EMANUEL), as well as other known and unknown to this investigation, are conducting a fraudulent UI scheme by which stolen Personally Identifiable Information is used to file for UI with the California EDD. The UI claims falsely assert that the claimants were laid off from their legitimate employers, as well as from bogus companies such as "Plant Maintenance," "TK Science," "Bradley Medical," or "Groupe Commercial," just to name a few. The UI claim information, including the Bank of America EBP cards, are mailed to the homes and apartments of conspirators and associates, and the benefits are withdrawn at ATMs in California cities such as Antioch, Stockton, and Turlock.

20. The complete list of employers known to date, both fictitious and legitimate, that were listed in suspicious UI claims are specified below:

| Employer Name | Employer Address |
|---|---|
| 2171 Hussium Hills St | 2171 Hussium Hills St, Las Vegas, NV 89108 |
| 926 E 17th Ave | 239 Lawton Street, Antioch, CA 94509 |
| 926 E 17th Ave | 1, Oakland, CA 94603 |
| 926 E 17th Ave | 1, Oakland, CA 94603 |
| Advanced Digital Service | 948 N Cahuenga Blvd, Los Angeles, CA 90038 |
| AGILENT TECH | 926 E 17th St #1, Oakland, CA 94606 |
| AGILENT TECH | 926 E 17th St #1, Oakland, CA 94606 |
| Agilent Technologies | 926 E 17th St #1, Oakland, CA 94606 |
| Agilent Technology | 5301 Stevens Creek Blvd, Santa Clara, CA 95050 |
| AGILENT TECHNOLOGY | 926 E 17th St #1, Oakland, CA 94606 |
| AGILENT TECHNOLOGY | 926 E 17th St #1, Oakland, CA 94606 |
| Alameda Contra Costa Transit District | 1600 Franklin St, Oakland, CA 94612 |

9

| | |
|---|---|
| Anderson Trust | 2050 E Louise Ave, Lathrop, CA 95330 |
| Austins Construction, Inc | 239 Lawton Street, Antioch, CA 94509 |
| Bayview Construction | 239 Lawton Street, Antioch, CA 94509 |
| Bio-Rad Laboratories, Inc. | PO Box 23020, Oakland, CA 94623 |
| Bloomingdales | 845 Market Street, San Francisco, CA 94103 |
| Bradley Medical | 239 Lawton Street, Antioch, CA 94509 |
| Bradley Medical | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Bradley's | 239 Lawton Street, Antioch, CA 94509 |
| Bradley's | 4180 E Bonanza Unit 410, Las Vegas, NV 89110 |
| Bradley's | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Bretley & Vicks Construction | 239 Lawton Street, Antioch, CA 94509 |
| Brookson Construction, Inc | 239 Lawton Street, Antioch, CA 94509 |
| Campo Express | 926 E 17th St #1, Oakland, CA 94606 |
| Central Construction | 239 Lawton Street, Antioch, CA 94509 |
| Citistaff Solutions | 111 W Town County Rd, Orange, CA 92868 |
| City of Oakland | PO Box 23020, Oakland, CA 94623 |
| City of Palo Alto | 3201 E Bayshore Road, Palo Alto, CA 94303 |
| CONTENTMENT CONSTRUCTION | 239 Lawton Street, Antioch, CA 94509 |
| Contra Costa Health Services | 1305 McDonald, Richmond, CA 94801 |
| County of San Joaquin | 44 N San Joaquin St, #550, Stockton, CA 95202 |
| Criterion Catalyst | 926 E 17th St #1, Oakland, CA 94606 |
| DAVIDISON PRODUCTION | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| Davidson Refigeration Co | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| DAY TI CONSTRUCTION | PO BOX 1430, Wildomar, CA 92595 |
| DAY TI CONTRUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| DC Trucking | 239 Lawton Street, Antioch, CA 94509 |
| Deccan International | 239 Lawton Street, Antioch, CA 94509 |
| Dept of Correction | 651 I St, Sacramento, CA 95814 |
| Destiny Campo Inc | 926 E 17th St #1, Oakland, CA 94606 |
| Distance Learning Center | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Doctors Best Inc | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Duston Bio, Inc | 926 E 17th St #1, Oakland, CA 94606 |
| Echo Landscape | 2401 Grant Ave, San Lorenzo, CA 94580 |
| Fairfield Marketing | PO Box 14586, Fairfield, CA 95688 |
| Galgon Industries | 37399 Cantivalmont Pl, Fremont, CA 94536 |
| GROUP COMMERCIAL COMPANY | 926 E 17th St #1, Oakland, CA 94606 |
| GROUPE COMMERCIAL | 926 E 17th St #1, Oakland, CA 94606 |
| Grover Sanders | 10953 14 th Ave, Hamford CA, 93230 |
| GRUPE COMMERCIAL | 926 E 17th St #1, Oakland, CA 94606 |
| GRUPE COMMERCIAL | 926 E 17th St #1, Oakland, CA 94606 |
| Hadley's Construction Inc | 239 Lawton Street, Antioch, CA 94509 |

| | |
|---|---|
| Hanson Medical | 239 Lawton Street, Antioch, CA 94509 |
| Holy Names University | 3500 Mountain Blvd, Oakland CA 94619 |
| Human Services Management | 3500 Mountain Blvd, Oakland, CA 94619 |
| IHSS | 5353 Sunol, Pleasant, CA 94520 |
| Imaging Source | 926 E 17th St #1, Oakland, CA 94606 |
| INTEGRATIVE INDUSTRIAL | 926 E 17th St #1, Oakland, CA 94606 |
| International Rectifier | 101 N Sepulveda Blvd, El Segundo, CA 90245 |
| J & T PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| J T ENTERTAINMENT | 926 E 17th St #1, Oakland, CA 94606 |
| J T LABS | 926 E 17th St #1, Oakland, CA 94606 |
| J T Production | 2171 Hussium Hills St, Las Vegas, NV 89108 |
| JACKSON CONSTRUCTION INC | 239 Lawton Street, Antioch, CA 94509 |
| JACKSON MEDICAL CENTER | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| JACKSON MEDICAL CENTER | 239 Lawton Street, Antioch, CA 94509 |
| Jacksons Constrction, Inc | 239 Lawton Street, Antioch, CA 94509 |
| Jacksons Industries Inc | 239 Lawton Street, Antioch, CA 94509 |
| JACKSONS MEDICAL CENTER | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Jacksons Refrigerations Co. | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Jason's Industries Inc | 239 Lawton Street, Antioch, CA 94509 |
| JASPER MEDICAL GROUP | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Jay Refer Tutoring | 239 Lawton Street, Antioch, CA 94509 |
| JL PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| JOHNATHANS ENTERTAINMENT | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| JOHNSON AND CLEMONS | 239 Lawton Street, Antioch, CA 94509 |
| JT Production | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| JT Science | 926 E 17th St #1, Oakland, CA 94606 |
| JTW ENTERTAINMENT | 926 E 17th St #1, Oakland, CA 94606 |
| Justin Learning | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| K & L ENTERTAINMENT | 926 E 17th St #1, Oakland, CA 94606 |
| K Walkers | 239 Lawton Street, Antioch, CA 94509 |
| Kaiser Foundation Health Plan | PO Box 23020, Oakland, CA 94606 |
| KD PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| Keenans Refrigeration Co | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| King Construction | 239 Lawton Street, Antioch, CA 94509 |
| Kings Construction | 239 Lawton Street, Antioch, CA 94509 |
| Kingsley | 239 Lawton Street, Antioch, CA 94509 |
| Kingsly | 239 Lawton Street, Antioch, CA 94509 |
| Kingsly | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| Larson Construction | 239 Lawton Street, Antioch, CA 94509 |
| LV Western | 9113 S Western Ave, Los Angeles, CA 90047 |
| Magic Leap, Inc | 3107 Stirling Rd, Hollywood, CA 33312 |

| | |
|---|---|
| Magic Leap, Inc | 3110 Tirling, Hollywood CA 33312 |
| Magic Leap, Inc | 1600 Divisadero, San Francisco, CA, 94143 |
| MEDICAL PHYSICINE | 926 E 17th St #1, Oakland, CA 94606 |
| Mid Valley Labor Services | 18358 Avenue, Madera, CA 93637 |
| Mountain Cascase, Inc | 555 Exchange Ct, Livermore, CA 94550 |
| OAKLAND MEDICAL | 926 E 17th St #1, Oakland, CA 94606 |
| OAKLAND MEDICAL PHYSICINE | 2171 Hussium Hills St, Las Vegas, NV 89108 |
| Pacific Bell Telephone Company | 900 Chestnut, St. Louis, MO 63101 |
| Pacific Gas & Electric | 926 E 17th St #1, Oakland, CA 94606 |
| PACIFIC MANAGEMENT | 926 E 17th St #1, Oakland, CA 94606 |
| PACIFIC PARTNER | 926 E 17th St #1, Oakland, CA 94606 |
| Parkers | 239 Lawton Street, Antioch, CA 94509 |
| Plant Maintenance | 926 E 17th St #1, Oakland, CA 94606 |
| Plant Maintenance | 239 Lawton Street, Antioch, CA 94509 |
| Plant Maintenance | 500 North Brand Blvd Ste 1100, Glendale, CA 91203 |
| Rightsourcing, Inc. | PO BOX 23020, Oakland, CA 94623 |
| Robert Edelman MD | 200046 Lake Chabot, Castro Valley, CA 94546 |
| Roslyn Ent | 235 Montgomery, San Francisco, CA 94101 |
| Sharon D. Burke | 1245 Ingalls Street, San Francisco, CA 94124 |
| Starlett Convalescent | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| T J Production | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| T K Production | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| T L PRODUCTIONS | 926 E 17th St #1, Oakland, CA 94606 |
| TATRUM APPAREL | 926 E 17th St #1, Oakland, CA 94606 |
| TC Trade, Inc | 926 E 17th St #1, Oakland, CA 94606 |
| Telepacific Communication | 3485 Brookside Rd, Stockton, CA 95206 |
| Tesoro Corp | 921 W Hamilton, Campbell, CA 95008 |
| Theraputeic Pathway | 475 Darlene Ln, Tracy, CA 95377 |
| Tire & Wheel Master, Inc | 3745 Peterson Rd, Stockton, CA 95215 |
| T K PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| TK Science | 239 Lawton Street, Antioch, CA 94509 |
| UCI Construction | 261 Arthur, Martinez, CA 94553 |
| UCI Construction | 926 E 17th St #1, Oakland, CA 94606 |
| Uitracell Corporation | 399 Lindbergh, Livermore, CA 94551 |
| Unified School District | 868 Campbell, Riverside, CA 92502 |

21. The first known UI claims associated with this scheme were filed in 2013. In that year, at least eleven UI claims were filed, which listed LEE's confirmed addresses as the claimants' address. Approximately five UI claims listed the individual's home address as

12

1228 97th Ave, Apt A, Oakland, CA, an address confirmed to be LEE's through an Oakland Police Department report, and at least three other claims listed 2430 Whitetail Dr., Antioch, CA 94531, which is listed on LEE's Driver's License registration as an alternate address. According to DMV registration for Yvonne PALMORE, LEE's sister, 2430 Whitetail Dr., Antioch, CA 94531 is also the current (or former) address for PALMORE.

22. Following the claim filed with LEE's home address, the scheme changed and began listing the addresses of LEE's associates. These claims with different addresses, however, listed LEE's confirmed phone number 530-253-7730, as the claimant's number. Later, however, the scheme further adapted and began using phone numbers of LEE's associates, or phone numbers that are not known to be connected to any suspects of this investigation. Furthermore, according to jail calls detailed below, LEE is known to "split" the profits from UI claims with others, but the specific details of any financial arrangements that LEE has made are unknown at this time.

23. TURNER is LEE's girlfriend and is known to have helped LEE conduct the scheme when he was incarcerated in February 2016. TURNER has been photographed at ATMs withdrawing money from EBP cards while LEE was incarcerated. LEE and TURNER live at SUBJECT PREMISES 1.

24. ROBERTS is an associate of LEE and, according to jail calls detailed below, is known to assist with the scheme. No photos of ROBERTS withdrawing money from EBP debit cards at ATMs have been discovered at this time. ROBERTS lives at SUBJECT PREMISES 2.

25. PEOPLES is an associate of LEE and is known to assist with the scheme by answering phone calls from the EDD and holding and/or delivering correspondence from EDD or Bank of America. No photos of PEOPLES withdrawing money from EBP cards at ATMs have been discovered at this time. Many photos, however, were deleted by Bank of America before the investigation began. PEOPLES lives at 239 Lawton Street, Antioch, CA.

26. REYNA is known to be connected to the scheme through common addresses used on the UI claims, but the direct connection between LEE, REYNA and others is unknown at this time. REYNA has been photographed at ATMs withdrawing money from EBP debit cards. REYNA lives at SUBJECT PREMISES 3.

## Subject Premises 1 – 2005 San Jose Dr., Apt 226, Antioch, CA

27. There is probable cause to believe that evidence will be found at SUBJECT PREMISES 1, the home of Gregory W. LEE and Naomi D. TURNER. Although no known UI claims have been filed using the address of SUBJECT PREMISES 1, LEE and TURNER have been found to possess and use the EBP debit cards associated with suspected fraudulent UI claims. On one such known occasion, detailed further below, an EBP debit card was used to purchase goods online. The goods were then directed to be shipped to LEE at SUBJECT PREMISES 1.

### Gregory LEE

28. Gregory LEE's California Driver's License lists SUBJECT PREMISES 1 as his home address (as of April 26, 2016). I reviewed LEE's California Driver's License photo where I observed that LEE is a bald black male wearing what appears to be a black

14

Bluetooth earpiece in his right ear. LEE owns a red 2003 Jaguar with California License Plate DP066MU. This vehicle is registered to LEE at SUBJECT PREMISES 1. On multiple occasions in May 2016 I have seen this Jaguar at SUBJECT PREMISES 1.

29. LEE is a convicted felon and a registered sex offender serving probation with a four-way search clause until August 12, 2020 due to LEE's failure to register as a sex offender. There is an active, non-extraditable warrant for LEE in North Las Vegas, NV, where he is wanted for larceny. A police report associated with this larceny warrant details that LEE was caught on a surveillance camera stealing a co-worker's wallet. LEE then exited the building and was never seen again.

30. Notable among LEE's lengthy criminal record, in June 2010 while LEE was on probation for burglary, the East Bay Regional Parks ("EBRP") Police conducted a probation search of LEE's vehicle where they found a legal pad and other documents with PII and financial instruments such as numerous names, Social Security Numbers, bank account numbers, E-mail passwords, credit reports, direct deposit account numbers and credit cards. The EBRP Police then searched LEE's home in Oakland, CA with negative results.

31. LEE's girlfriend at the time, Casedria PARKER, told police that LEE collected the PII from peoples' garbage and recycling bins. PARKER also told police that LEE had additional items with PII at her residence in Livermore, CA. PARKER consented for the Police to search her residence, where they found 28 pieces of Wells Fargo banking information for numerous individuals. During the search of PARKER's home, police also discovered receipts for purchases of electronics and other goods purchased in other peoples' names. Police contacted some of the people whose PII LEE possessed and had

used to make purchases; these ID theft victims stated that they did not know LEE and did not give him permission to have that information.  As a result of this investigation, LEE was convicted of two felony charges: California Penal Code 470(D) False Checks and 475(A) Possession of a Bad Check.

### Naomi TURNER

32. Naomi TURNER's California Driver's License lists SUBJECT PREMISES 2 as her home address as of March 22, 2016.  I reviewed TURNER's California Driver's License photo, where I observed that TURNER is a black female with black hair pulled back flat against her head, and also wearing black-rimmed, rectangle-shaped glasses.  TURNER owns a 1988 Toyota with California License Plate 2GJM319, which is also registered to TURNER at SUBJECT PREMISES 1.

33. TURNER was convicted in 1991 for felony violations of California Penal Code 245(A)(1), Assault With a Deadly Weapon, Great Bodily Injury Likely.  There are no known arrests since 1993, at which time she was arrested for providing a false ID to a peace officer.

### ATM Photos

34. At the time of writing this affidavit, LEE has been identified in ATM photos withdrawing money from more than 10 different EBP cards and TURNER has similarly been identified withdrawing funds from four separate EBP debit cards.  Not all photographs are available to review, however, due to Bank of America's retention time for holding photographs.  Some of these instances are further detailed below:

<u>Identity Theft Victim "A.H."</u>

35. On or around October 11, 2015, an UI claim was filed with the EDD stating that claimant "A.H" was laid off from employer Groupe Commercial located at 926 E 17th Street, Suite 1, Oakland, CA. Originally A.H.'s home address was reported on the UI claim as 239 Lawton Street, Antioch, CA and her phone number was reportedly 925-497-6206, which is Risa PEOPLE's number. On or around February 24, 2016, the claimants address was changed in the EDD system to SUBJECT PREMISES 2. On or around March 13, 2016, A.H.'s EBP debit card was mailed to the SUBJECT PREMISES 2.

36. On March 15, 2016, EBP debit card in A.H.'s name was used to purchase a 10x10 commercial food tent and counter top table for approximately $1,000 on www.foodtent.com. The receipt for this transaction states that it was billed to A.H. at SUBJECT PREMISES 2. The receipt also states that the products were shipped to Gregory LEE at SUBJECT PREMISES 1. Cash withdrawals continued with this EBP debit card into May 2016 at the ATM at Bank of America located at 2519 Somersville Rd in Antioch, approximately 0.5 miles from SUBJECT PREMISES 2.

37. On March 24, 2016, April 4, 2016, April 18, 2016 and May 2, 2016 LEE was photographed at a Bank of America ATM withdrawing cash from the EBP debit card in A.H.'s name.

38. On May 25, 2016, I interviewed A.H. who told me that she was aware of a fraudulent UI claim that was submitted in her name in October 2015. Her employer, JCM Partners, alerted A.H. that a claim was filed in her name, and since this discovery A.H. has submitted statements to the EDD explaining that she did not file for unemployment in October 2015 and has not received any UI money. A.H. received an IRS 1099-G Form

for approximately $400 that was reportedly earned from UI in 2015. A.H. stated that she is still working with the EDD to resolve this issue. A.H.'s EDD claim record includes notes that confirm that A.H. has proactively contacted the EDD to resolve this issue.

<u>Identity Theft Victim "E.T."</u>

39. On or around September 14, 2015, a UI claim was submitted through the EDD website stating that claimant "E.T." was laid off from his employer Plant Maintenance located at 926 E 17th Street, Apt 1, Oakland, CA. E.T.'s home address was listed as 239 Lawton Street, Antioch, CA and his phone number was reported as 925-497-6206. The UI application further stated that another former employer was Pacific Partner Management. On or around November 23, 2015, the EBP debit card was mailed to 239 Lawton Street, Antioch, CA.

    a. Note: The EDD claim notes indicate that in November the EDD attempted to call the claimant at 925-497-6206, but the person who answered said that nobody by that name lives there.

40. On December 21, 2015, LEE was photographed by an ATM surveillance camera withdrawing money from the EBP debit card in E.T.'s name. In the background of this ATM photo is a Jaguar matching the body style of LEE's 2003 model Jaguar. LEE was also photographed withdrawing cash from this card on December 14, 2015, January 5, 2016, January 19, 2016, February 29, 2016, March 15, 2016, March 28, 2016, April 11, 2016, April 25, 2016 and May 9, 2016. TURNER was photographed by an ATM surveillance camera withdrawing money from this EBP debit card on February 1, 2016 and February 16, 2016, when LEE was incarcerated.

## Identity Theft Victim "D.A."

41. On or around November 15, 2015, an UI claim was submitted online with the EDD stating that claimant "D.A" was laid off from his employer Plant Maintenance at 926 E 17th Ave, Apt 1, Oakland, CA. The application for UI also states that T.B.'s supervisor was Tim Smith. D.A.'s home address was reported to be 239 Lawton Street, Antioch, CA and his phone number was reported as 925-497-6206. The UI application furthermore states that another former employer is Pacific Gas & Electric. In or around November 30, 2016, the EBP debit card in D.A's name was mailed to 239 Lawton Street, Antioch, CA.

42. On December 5, 2015, December 14, 2015 and December 29, 2015 Gregory LEE was photographed by an ATM surveillance camera withdrawing money from the EBP debit card in D.A's name.

43. On May 24, 2016, I attempted to interview D.A., but learned that he passed away on November 29, 2015. I spoke to his widow, who stated that D.A. worked for Pacific Gas and Electric for 39 years, and never worked for Plant Maintenance. D.A.'s widow had never heard of Plant Maintenance, or the reported supervisor named Tim Smith. Furthermore, D.A.'s widow stated that she has no connection to 239 Lawton in Antioch. After the interview with D.A.'s widow, I located D.A.'s obituary online and verified the information that D.A.'s widow had provided.

## Jail Calls

44. In February 2016, LEE was incarcerated in Alameda County, California. During that time LEE made many recorded phone calls to TURNER, during which the two spoke – at

times cryptically, and other times overtly – about the UI scheme. The calls indicate that

LEE is not only knowledgeable about the scheme, but that he is directing it.

45. On February 1, 2016, at 15:16 TURNER told LEE, "I forgot to tell you. What you was

looking for, it came." LEE then asked TURNER, "What's the name?" TURNER then

said, "For Risa." LEE expressed his preference to give the item to "Yvonne." TURNER

asked, "When I get off [from work] did you want me to go pick it up and go get it for

her?" LEE responded, "Well, I need to activate that … I can't recall what number I used

… Oh I know what I did, I used my 253-7730. That's the number I used."

    a.  Note 1: From April 2013 to April 2015, phone number 510-253-7730 was listed

        in approximately 27 UI claims as the claimants' phone number. The claimants'

        addresses associated with these claims are 239 Lawton Street, Antioch, CA, 926

        E. 17th Street Apt 1, Oakland, CA and 4335 Continental Way, Stockton, CA. As

        a result of these claims, the EDD paid over $70,000 in UI benefits.

    b.  Note 2: It is presumed that the name "Yvonne" is a reference to LEE's sister,

        Yvonne PALMORE. PALMORE has not yet been identified in ATM

        photographs withdrawing money from EBP debit cards, but it is noteworthy to

        note that Antioch Police Department arrested LEE in 2009 for check fraud and

        burglary, which was related to an investigation involving PALMORE who made a

        purchase from QVC with a stolen credit card and having those items mailed to her

        house.

46. In a call on February 1, 2016, at 16:27 LEE spoke to Yvonne and TURNER via

conference call. LEE asks Yvonne, "Hey, did you work on that?" Yvonne said, "Yeah, I

did." LEE said, "Well, one of them just came and I got it already … Naomi is going to

pick it up. Risa's got it ... If you want to get it and do the do, but don't overdo the do. But it has to be activated." LEE also said, "If you think you can't handle it, let me just do it." LEE later told Yvonne that "the max for that card is like seven. Don't push it. Don't push it past seven ... when the others come, do the do." LEE then told Yvonne, "You can go pick it up today from Risa. Call Risa, or just go by Risa's house and grab it today, then you can work on it tonight ... Don't pick up my other mail, just that." LEE then told TURNER, who was also on the line, to "Call her and tell her to bring the others to you."

47. In a call on February 4, 2016, at 18:54, LEE told TURNER to "call Shari and ask if it come from you know who, like Yvonne picked up, and if it did, give it to Yvonne." TURNER said, "On that note, the first one, she [Yvonne] said it's a 'No go. ID.'" LEE paused and responded, "Oh okay, okay, I know what you're talking about ... She doesn't know what she's doing."

    a. Note: Based on my training and experience, it is presumed that "No go. ID." refers to the EDD-initiated process called an ID Alert.

48. On February 5, 2016, at 8:11, LEE asked TURNER if she checked on "what's his name last night?" LEE clarified, "I was just talking about what didn't go through?" TURNER responded by saying that she would check on that tonight. LEE then discussed that the "second one" was "Wyatt." LEE then gave instructions on using the PIN. Later that day, in a phone call at 10:10, LEE said, "I hope there's some change for what's his name, Wyatt." TURNER responded by saying that she would check for him.

    a. Note: On February 5, 2016, at 21:44 TURNER was photographed at a Bank of America ATM withdrawing money from an EBP debit card in the name of a UI claimant with the first/last name "Wyatt."

49. On February 6, 2016, in a phone call at 8:20, LEE asked if TURNER checked that
"what's his name" by any chance. TURNER said that she did and that she "went and got
it." TURNER further said, "I did what I had to do and came on back." LEE then told
TURNER that, "there's some mail at Risa's house. I need it because in it, it has some
paper I need to fill out for the other ones." LEE then discusses splitting some with
"Corman" (Note: correct spelling unknown) and instructs TURNER to go into his phone
and get a female named Corman's cell phone number and say, "Hey Corman, this is
Greg's girlfriend, Naomi, and he told me to give you $450. One cut off." (Note: $450 is
half the amount of the biweekly UI payment). LEE then tells TURNER to look at the
Corman texts in his phone, and that's where she will find Corman's Chase Bank account
information. "You'll see there's nothing but numbers in there." TURNER cut him off
and said, "I know, I know." LEE then instructs TURNER to "put the whole nine" on his
secured credit card. LEE said he does not want it all sitting around. LEE told TURNER
that if something like a lien pops up, they take his money. LEE said that TURNER can
also go pay for a dresser and LEE can go pick it up.

50. On February 8, 2016, at 22:09, LEE asks TURNER if she is at home. TURNER said yes.
LEE then tells TURNER to pull the mail and open up the name of the one that didn't go.
TURNER said that she was called and two of them don't have money on them. LEE
said, "Oh shit. So something went wrong somewhere." LEE asked if she called on all of
them. TURNER said that she stayed up to make sure. LEE asked about "Abercrombie."
LEE then asked, "Who are you calling? The EDD?" TURNER said, "No. The bank."
LEE then tells TURNER that he is going to have to walk her through how to fill out a
form about "Why I missed my telephone interview." LEE then explained that TURNER

22

will have to write that the UI claimant missed it because they had an interview for a job. The interview, LEE instructs, started at 9 and ended at 3PM. LEE says to write that the claimant tried to call "countless times" and could not get through. LEE then says that the interview was at Criterion Catalyst at 2840 Willow Pass Road. LEE and TURNER further discussed calling the bank and checking the balance on cards. LEE explained that "They all release at the same time." TURNER then conference called the Bank of America automated assistance line with LEE on the phone. When LEE got frustrated with TURNER regarding checking the balance of the cards, he said, "Come on man, follow me, I can't just be on this phone, I'm being recorded."

a.  Note 1: On February 8, 2016, at 22:54, after the call with LEE, TURNER was photographed at a Bank of America ATM withdrawing money from an EBP debit card in the name of a UI claimant with the first/last name, "Abercrombie."

b.  Note 2: The instructions on how to fill out the form that LEE gave to TURNER matches another form that was submitted to the EDD regarding UI claimant "Wyatt," whom was discussed by LEE and TURNER above. A Request for Eligibility Information Form was mailed to UI claimant "Wyatt" at 239 Lawton Street, Antioch, CA on January 21, 2016. The EDD received this document on February 1, 2016. The form states that the claimant missed the REA appointment because he attended a job interview on that day. The claimant provided the employer's information: Criterion Catalyst at 2840 Willow Pass Road in Bay Point, CA. The person that interviewed the claimant was Mark Johnson. The claimant further explained that the job interview was from 9:00AM to 3:00PM and that he "try countless time to call but

I just could not get through to anyone." Additionally, a nearly-identical form was submitted for UI claimant "Aoki" in May 2015.

## Subject Premises 2 – 1703 Linden Way, Antioch, CA

51. There is also probable cause that evidence will be found at SUBJECT PREMISES 2. In total, from February to May 2016, approximately 19 UI claims were filed stating that SUBJECT PREMISES 2 is the home address of the UI claimants.

52. The resident of SUBJECT PREMISES 2 is Thomasa Shari ROBERTS. In 2014, ROBERTS was arrested twice for theft, but was not convicted. In 2015, ROBERTS was convicted in Walnut Creek, CA for petty theft. It is believed that ROBERTS was referred by LEE in a jail call, detailed above, on February 4, 2016, at 18:54, when LEE instructed TURNER to call Shari. On May 23, 2016, I saw a 1998 Acura sedan with California license plate 4AOK740 parked in front of the driveway of SUBJECT PREMISES 2. This vehicle is registered to ROBERTS at SUBJECT PREMISES 2. ROBERTS' DMV record lists SUBJECT PREMISES 2 as her mailing address. On July 6, 2016, U.S. Postal Inspector Megan Bradley told me that ROBERTS is currently receiving mail at SUBJECT PREMISES 2. Also on May 23, 2016, I saw LEE's red Jaguar parked in front of SUBJECT PREMISES 2.

### Identity Theft Victim "D.A.A."

53. Two claims were filed using the identity of "D.A.A." On or around April 25, 2015, an UI claim was submitted online with the EDD stating that claimant D.A.A. was laid off from her employer Bradley Medical located at 239 Lawton Street, Antioch, CA. In or around March 20, 2015, the EBP debit card in D.A.A.'s name was mailed to 4335 Continental

24

Way in Stockton, CA, the former address for REYNA who now resides at SUBJECT PREMISES 3.

54. On or around February 29, 2016, another UI claim was submitted online with the EDD stating that D.A.A. was laid off from her employer Oakland Medical Physicine at 926 E 17th Ave, Suite 1, Oakland, CA. D.A.A.'s home address was reported to be SUBJECT PREMISES 2 and her phone number was reported as 510-677-3636. In or around April 8, 2014, this EBP debit card was mailed to SUBJECT PREMISES 2.

55. To date, D.A.A. has not returned a phone call to be interviewed about this matter, but public records indicate that D.A.A. has no connection to SUBJECT PREMISES 2 or the phone number listed on the claim.

56. On March 28, 2016, April 11, 2016 and April 25, 2016, LEE was photographed at a Bank of America ATM withdrawing cash from this EBP debit card. Photos from the D.A.A's 2015 claim were not available.

<u>Identity Theft Victim "N.C."</u>

57. On or around March 3, 2016, an UI claim was submitted online with the EDD stating that claimant "N.C." was laid off from his employer Pacific Management located at 926 E 17th Ave, Suite 1, Oakland, CA. On or around March 19, 2016, the EBP debit card in N.C.'s name was mailed to SUBJECT PREMISES 2.

58. On April 21, 2016, EDD Criminal Investigator Keri Eng interviewed N.C. N.C. told Eng that he did not file an UI claim and that he had never worked for a company called Pacific Management in Oakland. Furthermore, N.C. stated that he had never lived in Antioch, CA.

59. On March 28, 2016, April 11, 2016 and April 15, 2016, LEE was photographed at a Bank of America ATM withdrawing cash from this EBP debit card.

60. A Request for Eligibility Information Form was mailed to UI claimant N.C. at SUBJECT PREMISES 2 on April 7, 2016. The form states that the claimant missed the REA appointment because he attended a job interview on that day. The claimant provided the interviewing employer's information: Pacific Gas and Electric at 27 Beale in San Francisco, CA with phone number 800-743-5000, which is PG&E's main customer service line. The form states that the claimant interviewed with a person named Ali Amis. The claimant further explained that the job interview was from 9:00AM to 2:30PM and that, "I call countless times and could not get an answers."

61. On April 28, 2016, the EDD initiated an ID alert on this claim. On or around May 12, 2016, the EDD disqualified this claim because the claimant did not respond to the EDD to verify his ID.

<u>Identity Theft Victim "D.B."</u>

62. On or around March 3, 2016, an UI claim was submitted online with the EDD stating that claimant "D.B." was laid off from her employer Grupe Commercial located at 926 E 17th Street, Suite 1, Oakland, CA. The UI claim listed SUBJECT PREMISES 2 as D.B.'s home address. On or around March 16, 2016, the EBP debit card in D.B.'s name was mailed the SUBJECT PREMISES 2.

63. On April 21, 2016, EDD Criminal Investigator Leandro Sanchez interviewed D.B., who stated that she has not filed a UI claim in approximately 15 years. D.B. has been steadily employed at Bayview Refuse for the past several years. Furthermore, D.B. has never lived in Antioch, CA.

64. On March 19, 2016, March 28, 2016 and April 12, 2016, LEE was photographed at a Bank of America ATM withdrawing cash from this EBP debit card. In the April 12 photo, LEE's red Jaguar is visibly parked directly behind LEE in the ATM parking lot.

## Subject Premises 3 - 39 Gateway Ct, Apt A8, Stockton, CA 95207

65. The resident of SUBJECT PREMISES 3 is Sergio Doriante Sanchez REYNA. According to apartment rental documents, REYNA has lived at this location since August 10, 2015. Since that time SUBJECT PREMISES 3 has been listed as the claimant's address in approximately 48 separate UI claims that the EDD paid approximately $73,000 in UI benefits. Of these 48 claims, one UI claim listed SUBJECT PREMISES 2 as the former employer's address, 13 listed 926 E 17th Street, Apartment 1, Oakland, CA as the last employers address and approximately 12 listed 50 N Honolulu St Apt 114, Las Vegas, NV 89110.

66. According to apartment management, REYNA drives a 1996 Mazda sedan with California License Plate 3SUR225. However, this vehicle is registered to a female with the initials "K.E.B." at an address in Coulterville, CA. This name is not known to be connected to this investigation. Law enforcement is investigating if REYNA is truly in possession of this vehicle and that he may have registered it in a false or stolen identity and address. A public records search does not show a person named K.E.B. – or anyone with her last name – who is associated with the vehicle's registered address in Coulterville, CA.

67. According to rental documents, before REYNA lived in SUBJECT PREMISES 3, he lived at 4335 Continental Way, Stockton, CA 95207. From December 2014 to April

2015, approximately 30 UI claims listed 4335 Continental Way, Stockton, CA as the UI claimant's home address. As a result of these claims, the EDD paid over $199,000 in UI benefits. Of these 30 UI claims, 29 listed SUBJECT PREMISES 2 as the former employer's address. Public records indicate that REYNA is connected to addresses in San Jose, CA as well.

68. I reviewed REYNA's California Driver's License photo and a mug shot from Stockton Police Department from November 11, 2015 where I observed that REYNA is a black male in his 20s with curly black hair and goatee with no mustache.

### ATM Photos

69. At the time of writing this affidavit, REYNA has been identified in ATM photos withdrawing money from approximately 10 different EPB debit cards. Not all photographs are available to review, however, due to Bank of America's retention time for holding photographs. Some of these instances are further detailed below:

### Identity Theft Victim "B.B."

70. On or around January 23, 2016, an UI claim was submitted through the EDD website stating that claimant "B.B." was laid off from his employer T K Science located at 926 E 17th Street, Apt 1, Oakland, CA. B.B.'s home address was listed as SUBJECT PREMISES 3 and his phone number was reported as 916-318-7656. The UI application further states that another former employer is Boston Scientific. On or around February 1, 2016, the EBP debit card was mailed to SUBJECT PREMISES 3.

71. On March 1, 2016, at approximately 8:22AM two ATM cash withdrawals totaling $900.00 were made at a Bank of America ATM in San Jose, CA using this EBP debit card. The ATM photo, taken at 8:21AM shows an unidentifiable person who wore a

large wool jacket over a white or gray hoodie, the hood was pulled over the person's head. The person wore large sunglasses and a wrapped black scarf over their face. The person also wore black gloves with an unidentifiable oval-shaped black logo on the top of the glove, which can be seen because the person held the scarf in place with their left hand.

72. On May 24, 2016, I interviewed B.B. who told me that he has never worked for, or heard of, a company called T K Science. B.B. has worked continuously at Boston Scientific for the last several years, and previously has only worked for Intel and Apple. B.B. told me that he has never lived in Stockton, nor has he had any connection to any address on Gateway Court in Stockton, CA.

Identity Theft Victim "S.B."

73. On or around January 9, 2016, an UI claim was submitted online with the EDD stating that claimant "S.B." was laid off from her employer "926 E 17 Ave l 1, Oakland, CA 94603." According to the information filed, the employer's name is the same as the address. S.B's home address was reported to be SUBJECT PREMISES 3. In or around January 19, 2016, the EBP debit card in S.B.'s name was mailed to SUBJECT PREMISES 3.

74. On January 27, 2016, February 2, 2016 and February 17, 2016, Sergio REYNA was photographed at a Bank of America ATM withdrawing money from this EBP debit card. In several photos, REYNA wore a black hoodie sweatshirt with a large red Polo logo on the left side of the breast and a red patch on the upper right arm.

75. On June 21, 2016, FBI Special Agent Filip Colfescu interviewed S.B. who told him that she is currently employed at Buffalo Exchange, where she has been continuously

29

employed for 27 years. S.B. stated that she did not file an UI claim in the last few years. Furthermore, she stated that she has never lived in Stockton, CA.

Identity Theft Victim "J.S."

76. On or around January 16, 2016, an UI claim was submitted online with the EDD stating that claimant "J.S." was laid off from her employer Buffalo Exchange and Destiny Campo Inc. located at 926 E 17th Ave #1, Oakland, CA 94606. J.S.'s home address was reported to be SUBJECT PREMISES 3. In or around January 25, 2016, the EBP debit card in J.S.'s name was mailed to SUBJECT PREMISES 3.

77. On January 31, 2016, REYNA was photographed at a Bank of America ATM withdrawing money from this EBP debit card. Another ATM photos taken on February 9, 2016, and shows an unidentifiable person who wore a white or gray hoodie, the hood was pulled over the person's head. The person wore large sunglasses and a wrapped black scarf their face.

78. On June 21, 2016, FBI Special Agent Filip Colfescu interviewed J.S. who told him that she is currently employed at Buffalo Exchange, where she has been continuously employed for almost six years. J.S. stated that she did not provide her personal information to anyone, and did not give her permission for anyone to use her personal information. J.S. was never a victim of identity theft, and this is the first time someone has used her personal information. She recently reviewed her credit report and did not see anything unusual.

**239 Lawton Street, Antioch, CA 94509**

79. Because 239 Lawton Street, Antioch, CA is not known to have been used in this scheme since January 2016, it is not included as a subject premises in this requested search warrant. Indeed, based on a review of the timeline of all the claims and addresses in this case, it appears that the Lawton Street address was replaced with SUBJECT PREMISES 2 as an active address used during the scheme. Accordingly, some further explanation of the address of 239 Lawton Street in Antioch is necessary. From March 2014 to January 2016, this address has been linked to over 150 UI claims that the EDD paid over $600,000 for claims that are suspected to be fraudulent.

80. The resident of this address is Risa PEOPLES, whose DMV record lists 239 Lawton Street, Antioch, CA as "Other address." It is presumed that LEE referenced Risa PEOPLES in jail calls to Naomi when he mentioned, "Risa." PEOPLES has a 2014 Ford registered in her name at 239 Lawton Street, Antioch, CA. PEOPLES' criminal history includes a 2002 conviction for Welfare Fraud (California Welfare and Institutions Code, Section 10980).

81. Overlapping with some of the claims described above, over 50 UI claims were submitted to the EDD listing the claimants' phone number as 925-497-6206. In a UI claim unrelated to this investigation, PEOPLES listed 925-497-6206 as her phone number in August 2015, and 239 Lawton Street, Antioch, CA as her address, in a UI claim. Furthermore, according Facebook subscriber information, an account profile in the name of "Risa Peiples" listed 925-497-6206 on her Facebook account registration along with e-mail addresses risa.peiples@facebook.com and peoples772@gmail.com. Facebook verified this phone number on August 28, 2014.

a.  Note: Based on my training and experience, it is not unusual for persons to disguise their legal names on their Facebook accounts.

### Identity Theft Victim "F.M."

82. On or around March 21, 2014, an UI claim was submitted online with the EDD stating that claimant "F.M." was laid off from his employer UCI Construction at 261 Arthur Road in Martinez, CA. F.M.'s home address was reported to be 239 Lawton Street, Antioch, CA and his phone number was reported as 925-497-6206. In or around April 8, 2014, the EBP debit card in F.M.'s name was mailed to 239 Lawton Street, Antioch, CA. The EBP debit card was then used at various stores and ATMs in the Antioch, CA area, but no photos of these transactions are available.

83. On June 1, 2016, I interviewed F.M. who told me that he did not file a UI claim and has been working for UCI Construction for 14 years. F.M. stated that his identity had been stolen, and when he and his wife filed their 2015 federal taxes they learned that someone had already filed federal taxes in their names. F.M. learned of the fraudulent UI claim in 2014, when F.M. had cataract surgery and needed to file for Disability Insurance (DI) with the EDD. His DI claim was rejected because a UI claim had already been filed in his name. F.M. stated that neither he nor his wife have had a phone number ending in 6206.

84. According to EDD records, F.M.'s disability claim prompted EDD to review the UI claim filed in March. On September 4, 2014, the EDD called the phone number provided on the UI claim, 925-497-6206, PEOPLES' phone number, and was told that the claimant could be reached at 510-253-7730, LEE's phone number. Ultimately, that day at 10:48AM, the EDD reached a person that claimed to be F.M. at phone number 925-497-

6206. The person on the phone explained that his doctor had released to return to work and had no restrictions. The person stated to the EDD that he was looking for work. The EDD was then sent a document on Kaiser Permanente letterhead stating that Dr. Preston Charles Maxim treated F.M., who was "placed off work from 7/3/2014 to 7/24/2014. I reviewed the document that was sent to the EDD and noted that the specific information regarding F.M. is in a noticeably different font than the rest of the document, indicating that this document may not be legitimate.

### Identity Theft Victim "T.B."

85. On or around December 11, 2015, an UI claim was submitted online with the EDD stating that claimant "T.B." was laid off from her employer Plant Maintenance at 926 E 17th Ave., Apt 1, Oakland, CA. The application for UI also states that T.B.'s supervisor was Mike Smith. T.B.'s home address was reported as 239 Lawton Street, Antioch, CA and her phone number was reported as 925-497-6206. The UI application further states that her other former employer is Payless Car Rental. In or around December 22, 2015, the EBP debit card was mailed to 239 Lawton Street, Antioch, CA.

86. On December 28, 2015, January 5, 2016, January 19, 2016, February 29, 2016 and multiple other occasions into May 2016, Gregory LEE was photographed by an ATM surveillance camera withdrawing money from the EBP debit card in T.B.'s name. On February 1, 2016 and February 16, 2016, Naomi TURNER was photographed by an ATM surveillance camera withdrawing money from this EBP debit card. On May 24, 2016, I interviewed T.B. who told me that she has not filed for UI since 2009 and that she has been employed at Payless Car Rental for the last two years. T.B. told me that she had

never worked for, nor ever heard of, Plant Maintenance. T.B. told me that she has

absolutely no connection with 239 Lawton Street in Antioch, CA.

### Partial Summary of other Addresses

87. Of the addresses mentioned in this affidavit, the investigation has not learned from which

address the UI claims were electronically filed on the EDD website. This fact is normally

learned through subscriber information at an Internet Service Provider. However, the

subjects of this investigation used a VPN called "Hide My Ass," owned by Privax in

London, UK, which subscribers can use to mask their IP address, and thereby adding a

layer of difficulty for law enforcement to track down the true identity of the subscriber.

At the time of writing this affidavit, a request to the UK government for a appropriate

legal process to learn the identity of the Privax subscriber has been submitted, but no

returns have been provided.

88. In addition to SUBJECT PREMESES 1, 2 and 3, the following addresses are also linked

to fraudulent UI claims. These addresses were listed in fraudulent UI claims as either the

UI claimants home address, or a business address.

- **926 E. 17th Street Apt 1, Oakland, CA 94606**

  o A search of this address in a public records database indicates that this

    address may be linked with Gregory LEE since November 2013.

  o Over 80 UI claims listed this address as the UI claimants' former

    employer address. To date, approximately 30 different employers have

    been reported at this residence.

- **4335 Continental Way, Stockton, CA 95207**

    o The previous home of Sergio Doriante Sanchez REYNA

    o Approximately 30 UI claims listed this address as the claimants' home address.

- **1020 N Olive Ave Apt 102, Turlock, CA 95380**

    o The home of Brittany MAUNAKEA

    o Since March 2016 approximately 9 UI listed this address as the claimants' home address

- **948 N Olive Ave #6, Turlock, CA 95380**

    o The former home of MAUNAKEA

    o From May to November 2015 approximately 10 UI claims listed this address of the claimants' home address and 239 Lawton Street, Antioch, CA as the former employers' address.

- **50 N Honolulu St Apt 114, Las Vegas, NV 89110**

    o Home of unknown

    o Approximately 17 UI claims listed this address as the UI claimants' former employer address. To date, approximately 10 different employers have been reported at this residence.


**Review of Phone Records**

89. I reviewed phone records from T-Mobile that showed that phone numbers belonging to LEE, TURNER and PALMORE made many phone calls to the EDD Unemployment Insurance number and to the Bank of America EDD Debit Card Cardholder Services.

The EDD phone numbers can be called to file a new claim or called every two week to certify the Continued Claim Form DE 4581, among other services. As the jail calls show, the Bank of America phone number can be called to check the balance of an EBP debit card.

90. T-Mobile provided phone records for phone number 510-253-7730, which is subscribed by Chris Tucker at 2108 Lemontree Way in Antioch, CA. While this phone number is not listed registered in LEE's name, it is presumed to be his own for the following reasons. First, LEE stated that it was his phone number in the jail calls described above. Second, an Antioch Police Department report from 2009 states that Washington Mutual bank had LEE's address listed as the 2108 Lemontree Way in Antioch, CA address listed for LEE. Third, this Antioch Police Department report states that police saw LEE on the garage of this address working on a car.

91. From August 2014 to February 2015, the phone number 510-253-7730 made 318 outgoing calls to the EDD phone numbers 800-300-5616 and 866-333-4606. Bank of America has a specific website for EDD cards. On that website, Bank of America lists 866-692-9374 as the Bank of America EDD Debit Card Cardholder Services. From August 2014 to February 2015, phone number 510-253-7730 made 151 outgoing phone calls to this Bank of America phone number.

92. T-Mobile records show phone number 510-619-4590 is subscribed by Christ Tucker (spelling as seen in the records) at 2108 Lemontree Way in Antioch, CA. From March 2015 to May 2016, phone number 510-619-4590 made 811 outgoing phone calls to the EDD phone numbers 800-300-5616 and 866-333-4606. In that same timeframe, this

phone number made 293 outgoing phone calls to the phone number for Bank of America EDD Debit Card Cardholder Services.

93. T-Mobile records show phone number 415-368-8824 is subscribed by Mike Turner at 8 Santos St in San Francisco, CA and the Account Name is listed as Naomi TURNER. From September 2014 to December 2015, this phone number made 157 outgoing phone calls to EDD phone numbers 800-300-5616 and 866-333-4606. In that same timeframe, this phone number made 43 outgoing phone calls to the phone number for Bank of America EDD Debit Card Cardholder Services.

94. T-Mobile records show phone number 510-576-9103 is subscribed by Yvonne PALMORE at 2430 Whitetail Dr. in Antioch, CA. From July 2015 to March 2016, this phone number made 120 outgoing phone calls to EDD phone number 800-300-5616. In that same timeframe, this phone number made 132 outbound phone calls to the phone number for Bank of America EDD Debit Card Cardholder Services.

**Connection Between Antioch and Stockton**

95. To date, phone records have not showed any communication between LEE, TURNER or PALMORE and REYNA's suspected phone numbers. With that said, based on my training and experience, I know that people engaged in fraud schemes, such as UI fraud, have multiple phones and thus it is likely that this investigation does not yet know all of the phone numbers associated with the suspects of this investigation.

96. The investigation has revealed a strong connection with addresses used to propagate the scheme. For example, 87 UI claims with claimant addresses linked to REYNA listed known addresses linked with LEE as the former employer's business Of these 87 claims,

73 listed 239 Lawton Street, Antioch, CA as the former employer's address. 14 listed 926 E 17th Street, Apartment 1, Oakland, CA 94606 as the former employer's address. Public records indicate that LEE is connected to this address. Of these 87 claims, the EDD has paid out over $350,000.

**Probable Cause to Search Vehicles at Subject Premises 1, 2 and 3**

97. Based on my training and experience investigating this scheme, and other related schemes, I know that evidence of UI fraud, such as EDD documents, EBP debit cards and other related documents more fully detailed below, are easily concealed and commonly transferred by vehicle from the mailing destination to the home of a co-conspirator or ATM to withdraw benefits. EBP debit cards are commonly used only at the ATM to withdraw funds, thus it is reasonable to believe that such evidence may be stored in a concealed location in a vehicle used to drive to the ATM. Indeed, as mentioned in paragraph 64, LEE has been seen in ATM surveillance photos withdrawing EBP funds associated with this investigation with his vehicle visible in the background. Further, based on the recovery of PII and financial instruments from LEE's car in 2010, LEE is known to keep identity theft information and records in his vehicle.

**EVIDENCE LIKELY TO BE FOUND AT PREMISES TO BE SEARCHED**

98. There is probable cause to believe that evidence of a fraudulent UI scheme will be found at SUBJECT PREMISES 1, SUBJECT PREMISES 2 and SUBJECT PREMISES 3. Based on my training and experience, and based on my consultations with other Special Agents who are experienced in the investigation of UI fraud, and based on my

38

investigation in this case, I know that persons engaged in UI fraud often maintain records of their scheme. Persons engaged in fraudulent schemes routinely maintain documentary records over a long period of time, even years, to memorialize past transactions, payments, receipts and personally identifiable information of identity theft victims. These records are routinely maintained on paper, such as business and personal ledgers, diaries, calendars, memoranda, investor lists, and telephone address books. These records are commonly found at a person's home or otherwise where the scheme is being conducted.

99. Given that this UI investigation has shown that co-conspirators have withdrawn the UI benefit money from ATMs, there is probable cause to believe that fruits of the scheme, such as cash, EBP debit cards and other valuables, will be found at SUBJECT PREMISES 1, SUBJECT PREMISES 2, and SUBJECT PREMISES 3.

100.     The fraudulent UI scheme described above requires that the conspirators collect and maintain information. Obtaining and using stolen PII requires some sort of document exchange, either paper or electronic, to use to file UI claims. Later, to file a UI claim, the claimant must submit detailed information such as the dates the claimant worked, supervisor's name, and wages. If the EDD issues an ID alert, further documentation would be required in order to prove identity verification and process the UI claim. Therefore, it is likely that this information is documented on paper and/or on a computer in order to maintain organization of voluminous information.

101.     The successful operation of a scheme of this magnitude – with many fictitious businesses, stolen identities and high volume of EDD and Bank of America correspondence – organization and communication between conspirators is necessary.

Based on LEE's jail calls, there is evidence that this conspirators communicated through a variety of methods including telephone calls and computer devices, such as texting on smartphones. Therefore, it is likely that relevant communications will be recovered on digital devices used by the schemers.

## SEARCH AND SEIZURE OF COMPUTERS, ELECTRONIC STORAGE DEVICES/DIGITAL DATA, AND FORENSIC ANALYSIS

102.     Based on my experience, training, and conversations with other agents, I know that individuals involved with financial crimes, such as unemployment insurance fraud and identity theft violations, often store information regarding their activities on computers and related electronic storage devices. Accordingly, permission is sought herein to seize and search computers and other electronic devices consistent with the scope of the requested search.

103.     The information stored in an electronic format may be found not only on the hard disk drive of a computer, but on other computer hardware, peripherals, and storage media. In order to conduct a thorough search of computers, agents are often required to seize most or all of the computer hardware to be searched later by a qualified expert in a laboratory or other controlled environment. This is true for the following reasons:

   a.  Volume of Evidence: Computers and storage devices (like hard disks, diskettes, tapes, CD-ROMs, DVDs, and zip drives) can store the equivalent of thousands of pages of information. Also, when the user wants to conceal criminal evidence, he or she may store it in many places, in random order, and with deceptive file names. This requires searching authorities to examine all the stored data to determine whether it is included in the warrant. This sorting process can take

**40**

several weeks to conduct, and it would be impractical to attempt this kind of data search on site.

b.  Technical Requirements:  Searching computer systems is a highly technical process that requires specific expertise and specialized equipment.  There are so many types of computer hardware and software in use today that it is impossible to bring to the search site all of the necessary technical manuals and specialized equipment needed to conduct a thorough search.  In addition, it may be necessary to consult with personnel who have specific expertise in the type of computer, software application, or operating system that is being searched.

c.  Files May Be Hidden, Erased, Compressed, Password Protected, or Encrypted:  The data search procedures used to recover electronically stored evidence are designed to protect the integrity of the evidence and to recover hidden, erased, compressed, password protected, or encrypted files.  Without knowing the password for encrypted files, it may be impossible to view the information in those files.  This is especially true with certain encryption algorithms and/or programs, such as Elgamal, Diffie-Hellman, DSA, and Triple-DES.  Even less secure encryption programs may require considerable time or outside agency assistance to decrypt the files absent a password.

d.  Danger of Destruction of Evidence:  Computer evidence is extremely vulnerable to inadvertent or intentional modification or destruction, both from external sources and destructive codes embedded in the system such as a "booby trap."  In order to maintain the integrity of the original evidence, a qualified expert may need to conduct a forensic examination of the storage media in a controlled

**41**

environment, such as a law enforcement laboratory, where specific procedures and specialized software designed to protect the integrity of the original media will be used.

104.     In order to retrieve electronically stored evidence from a computer, agents may be required to seize most or all of a computer system's equipment, including hardware, peripherals, software, documentation, security devices, and passwords. This is true because certain operating systems and hardware can be configured to operate only with a precise set of hardware, software, and peripherals. Peripheral devices that allow users to enter or retrieve data from the storage devices may vary in their compatibility with other hardware and software.

105.     The Computer Forensic Agent may have to install software used by the suspect on a government computer in order to retrieve the information the suspect may have stored using that software. The Computer Forensic Agent may also need to refer to hardware and software documentation maintained by the suspect to complete his/her analysis in a timely manner. The suspect's computer documentation may also contain hand-written notes specific to the seized computer system. Physical keys, encryption devices, and similar items may be necessary to gain access to computer equipment. Passwords, pass-phrases, password files, and similar decryption codes may be required to access specific information stored on the seized computer system.

## COMPUTER SEARCH PROCEDURE

106.     Due to the facts outlined above, it is requested that agents serving this search warrant be authorized to employ the following procedure, which is the standard computer

search protocol for the Northern District of California, upon the execution of this search warrant, which is attached as Attachment C and incorporated herein by reference, as well as incorporated immediately below.

107.     In executing this warrant, the government will begin by ascertaining  whether all or part of a search of a device or media that stores data electronically ("the device") reasonably can be completed at the location listed in the warrant ("the site") within a reasonable time.  If the search reasonably can be completed on site, the government will remove the device from the site only if removal is necessary to preserve evidence, or if the item is contraband, a forfeitable instrumentality of the crime, or the fruit of a crime.

108.     If the government determines that a search reasonably cannot be completed on site within a reasonable time period, the government must determine whether all or part of the authorized search can be completed by making a mirror image of, or in some other manner duplicating, the contents of the device and then conducting the forensic review of the mirror image or duplication off site. The government will complete a forensic review of that mirror image within 120 days of the execution of the search warrant.

109.     In a circumstance where the government determines that a mirror image of the contents of a device cannot be created on site in a reasonable time, the government may seize and retain that device for 60 days in order to make a mirror image of the contents of the device.

110.     When the government removes a device from the searched premises  it may also remove any equipment or documents ("related equipment or documents") that reasonably appear to be necessary to create a mirror image of the contents of the device or conduct an off-site forensic review of a device.

111.     When the government removes a device or related equipment or documents from
the site in order to create a mirror image of the device's contents or to conduct an off-site
forensic review of the device, the government must file a return with a magistrate judge
that identifies with particularity the removed device or related equipment or documents
within 14 calendar days of the execution of the search warrant.

112.     Within a reasonable period of time, but not to exceed 60 calendar days after
completing the forensic review of the device or image, the government must use
reasonable efforts to return, delete, or destroy any data outside the scope of the warrant
unless the government is otherwise permitted by law to retain such data.

113.     The time periods set forth in this protocol may be extended by court order for
good cause.

114.     In the forensic review of any device or image under this warrant the government
must make reasonable efforts to use methods and procedures that will locate and expose
those categories of files, documents, or other electronically-stored information that are
identified with particularity in the warrant, while minimizing exposure or examination of
irrelevant, privileged, or confidential files to the extent reasonably practicable.

115.     For the purposes of this search protocol, the phrase "to preserve evidence" is
meant to encompass reasonable measures to ensure the integrity of information
responsive to the warrant and the methods used to locate same.

**Data to be Seized**

116.     Based upon my training and experience, and information related to me by agents
and others involved in the forensic examination of computers and digital devices, I know
that, in order to search for data that is capable of being read or interpreted by a computer,

44

law enforcement personnel will need to seize, image, copy, and/or search the following items, subject to the procedures set forth herein:

a. Any computer equipment or digital devices that are capable of being used to commit or further the crimes outlined above, or to create, access, or store (evidence, contraband, fruits, or instrumentalities) of such crimes, as set forth in Attachment B;

b. Any computer equipment or digital devices used to facilitate the transmission, creation, display, encoding, or storage of data, including word processing equipment, modems, docking stations, monitors, printers, plotters, encryption devices, and optical scanners that are capable of being used to commit or further the crimes outlined above, or to create, access, process, or store (evidence, contraband, fruits, or instrumentalities) of such crimes, as set forth in Attachment B;

c. Any magnetic, electronic, or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD-ROMs, CD-Rs, CD-RWs, DVDs, optical disks, printer or memory buffers, smart cards, PC cards, memory calculators, electronic dialers, electronic notebooks, personal digital assistants, and cell phones capable of being used to commit or further the crimes outlined above, or to create, access, or store (evidence, contraband, fruits, or instrumentalities) of such crimes, as set forth in Attachment B;

d. Any documentation, operating logs, and reference manuals regarding the operation of the computer equipment, storage devices, or software;

e. Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices, or data to be searched;

f. Any physical keys, encryption devices, dongles, or similar physical items which are necessary to gain access to the computer equipment, storage devices, or data;

g. Any passwords, password files, test keys, encryption codes, or other information necessary to access the computer equipment, storage devices, or data; and

h. All records, documents, programs, applications, or materials created, modified, or stored in any form, including in digital form, on any computer or digital device, that show the actual user(s) of the computers or digital devices during any time period in which the device was used to commit the crimes referenced above, including the web browser's history; temporary Internet files; cookies, bookmarked, or favorite web pages; email addresses used from the computer; MAC IDs and/or IP addresses used by the computer; email, instant messages, and other electronic communications; address books; contact lists; records of social networking and online service usage; and software that would allow others to control the digital device such as viruses, Trojan horses, and other forms of malicious software (or alternatively, the lack of software that would allow others to control the digital device).

i. All records, documents, programs, applications, or materials created, modified, or stored in any form, including in digital form, on any computer or digital device, that show evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the computer or digital device.

j. All records, documents, programs, applications, or materials created, modified, or stored in any form, including in digital form, on any computer or digital device, that show contextual information necessary to understand the evidence, contraband, fruits, or instrumentalities described in this attachment.

## CONCLUSION

117. Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe at concealed at the SUBJECT PREMISES, fruits and instrumentalities of violations of Title 18, United States Code, § 1341 (Mail Fraud) and Title 18, United States Code § 1028A (Aggravated Identity Theft). I therefore respectfully request that a search warrant be issued for SUBJECT PREMISES 1, SUBJECT PREMISES 2, and SUBJECT PREMISES 3. The locations are further described in the following Attachments A-1, A-2 to the warrants in the Northern District of California, and A-3.to the warrant in the Eastern District of California. The items to be seized are listed in Attachment B.

## **REQUEST FOR SEALING**

118.     It is respectfully requested that this Court issue an order sealing, until further

order of the Court, all papers submitted in support of this application, including the

application and search warrant. These documents discuss an ongoing criminal

investigation that is neither public nor known to all of the targets of the investigation.

Accordingly, there is good cause to seal these documents because their premature

disclosure may seriously jeopardize that investigation.

Chris Collins
Special Agent
United States Department of Labor
Office of Inspector General
Office of Labor Racketeering and
Fraud Investigations

Approved as to form

Jared C. Dolan
Assistant U.S. Attorney

Subscribed and sworn to before me
on ___July 13___ , 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| | ) |
| INFORMATION ASSOCIATED WITH | ) |
| hair487@gmail.com THAT IS STORED AT PREMISES | ) |
| CONTROLLED BY GOOGLE, INC. | ) |
| | ) |

Case No.   2:16 - SW - 578   **CKD**

SEALED

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before *October 4, 2016* *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   *9/20/2016  2:40 pm*        *Carolyn K. Delaney*
                                                                                  *Judge's signature*

City and state:      Sacramento, California            Carolyn K. Delaney, U.S. Magistrate Judge
                                                                                  *Printed name and title*

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          _____
            Signature of Judge                                      Date

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with hair487@gmail.com that is stored at premises controlled by GOOGLE, INC., a company that accepts legal process at 1600 Amphitheatre Parkway, Mountain View, California, 94043.

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by** GOOGLE, INC. **(the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on August 18, 2016, the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.      The contents of all emails associated with the account, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.      All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.      The types of service utilized;

d.      All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files associated with Google Docs and/or Google Drive;

B-2

e.      All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

## II.      Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and/or contraband of violations of Title 18, United States Code, §§ 1341 and 1028A, those violations involving unemployment insurance fraud and occurring after January 1, 2013, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

> (a) Emails, records, files, logs, or information relating to the use of "Hide My Ass" or other IP masking tools;

> (b) Emails, records, files, logs, or information that has been deleted but is still available to the Provider, relating to the following fictitious and legitimate companies:

| Employer Name | Employer Address |
|---|---|
| 2171 Hussium Hills St | 2171 Hussium Hills St, Las Vegas, NV 89108 |
| 926 E 17th Ave | 239 Lawton Street, Antioch, CA 94509 |
| 926 E 17th Ave | 1, Oakland, CA 94603 |
| 926 E 17th Ave | 1, Oakland, CA 94603 |
| Advanced Digital Service | 948 N Cahuenga Blvd, Los Angeles, CA 90038 |
| AGILENT TECH | 926 E 17th St #1, Oakland, CA 94606 |
| AGILENT TECH | 926 E 17th St #1, Oakland, CA 94606 |
| Agilent Technologies | 926 E 17th St #1, Oakland, CA 94606 |
| Agilent Technology | 5301 Stevens Creek Blvd, Santa Clara, CA 95050 |
| AGILENT TECHNOLOGY | 926 E 17th St #1, Oakland, CA 94606 |
| AGILENT TECHNOLOGY | 926 E 17th St #1, Oakland, CA 94606 |
| Alameda Contra Costa Transit District | 1600 Franklin St, Oakland, CA 94612 |
| Anderson Trust | 2050 E Louise Ave, Lathrop, CA 95330 |
| Austins Construction, Inc | 239 Lawton Street, Antioch, CA 94509 |
| Bayview Construction | 239 Lawton Street, Antioch, CA 94509 |

B-3

| | |
|---|---|
| Bio-Rad Laboratories, Inc. | PO Box 23020, Oakland, CA 94623 |
| Bloomingdales | 845 Market Street, San Francisco, CA 94103 |
| Bradley Medical | 239 Lawton Street, Antioch, CA 94509 |
| Bradley Medical | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Bradley's | 239 Lawton Street, Antioch, CA 94509 |
| Bradley's | 4180 E Bonanza Unit 410, Las Vegas, NV 89110 |
| Bradley's | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Bretley & Vicks Construction | 239 Lawton Street, Antioch, CA 94509 |
| Brookson Construction, Inc | 239 Lawton Street, Antioch, CA 94509 |
| Campo Express | 926 E 17th St #1, Oakland, CA 94606 |
| Central Construction | 239 Lawton Street, Antioch, CA 94509 |
| Citistaff Solutions | 111 W Town County Rd, Orange, CA 92868 |
| City of Oakland | PO Box 23020, Oakland, CA 94623 |
| City of Palo Alto | 3201 E Bayshore Road, Palo Alto, CA 94303 |
| CONTENTMENT CONSTRUCTION | 239 Lawton Street, Antioch, CA 94509 |
| Contra Costa Health Services | 1305 McDonald, Richmond, CA 94801 |
| County of San Joaquin | 44 N San Joaquin St, #550, Stockton, CA 95202 |
| Criterion Catalyst | 926 E 17th St #1, Oakland, CA 94606 |
| DAVIDISON PRODUCTION | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| Davidson Refigeration Co | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| DAY TI CONSTRUCTION | PO BOX 1430, Wildomar, CA 92595 |
| DAY TI CONTRUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| DC Trucking | 239 Lawton Street, Antioch, CA 94509 |
| Deccan International | 239 Lawton Street, Antioch, CA 94509 |
| Dept of Correction | 651 I St, Sacramento, CA 95814 |
| Destiny Campo Inc | 926 E 17th St #1, Oakland, CA 94606 |
| Distance Learning Center | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Doctors Best Inc | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Duston Bio, Inc | 926 E 17th St #1, Oakland, CA 94606 |
| Echo Landscape | 2401 Grant Ave, San Lorenzo, CA 94580 |
| Fairfield Marketing | PO Box 14586, Fairfield, CA 95688 |
| Galgon Industries | 37399 Cantivalmont Pl, Fremont, CA 94536 |
| GROUP COMMERCIAL COMPANY | 926 E 17th St #1, Oakland, CA 94606 |
| GROUPE COMMERCIAL | 926 E 17th St #1, Oakland, CA 94606 |
| Grover Sanders | 10953 14 th Ave, Hamford CA, 93230 |
| GRUPE COMMERCIAL | 926 E 17th St #1, Oakland, CA 94606 |
| GRUPE COMMERCIAL | 926 E 17th St #1, Oakland, CA 94606 |
| Hadley's Construction Inc | 239 Lawton Street, Antioch, CA 94509 |
| Hanson Medical | 239 Lawton Street, Antioch, CA 94509 |

B-4

| | |
|---|---|
| Holy Names University | 3500 Mountain Blvd, Oakland CA 94619 |
| Human Services Management | 3500 Mountain Blvd, Oakland, CA 94619 |
| IHSS | 5353 Sunol, Pleasant, CA 94520 |
| Imaging Source | 926 E 17th St #1, Oakland, CA 94606 |
| INTEGRATIVE INDUSTRIAL | 926 E 17th St #1, Oakland, CA 94606 |
| International Rectifier | 101 N Sepulveda Blvd, El Segundo, CA 90245 |
| J & T PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| J T ENTERTAINMENT | 926 E 17th St #1, Oakland, CA 94606 |
| J T LABS | 926 E 17th St #1, Oakland, CA 94606 |
| J T Production | 2171 Hussium Hills St, Las Vegas, NV 89108 |
| JACKSON CONSTRUCTION INC | 239 Lawton Street, Antioch, CA 94509 |
| JACKSON MEDICAL CENTER | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| JACKSON MEDICAL CENTER | 239 Lawton Street, Antioch, CA 94509 |
| Jacksons Constrction, Inc | 239 Lawton Street, Antioch, CA 94509 |
| Jacksons Industries Inc | 239 Lawton Street, Antioch, CA 94509 |
| JACKSONS MEDICAL CENTER | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Jacksons Refrigerations Co. | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Jason's Industries Inc | 239 Lawton Street, Antioch, CA 94509 |
| JASPER MEDICAL GROUP | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| Jay Refer Tutoring | 239 Lawton Street, Antioch, CA 94509 |
| JL PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| JOHNATHANS ENTERTAINMENT | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| JOHNSON AND CLEMONS | 239 Lawton Street, Antioch, CA 94509 |
| JT Production | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| JT Science | 926 E 17th St #1, Oakland, CA 94606 |
| JTW ENTERTAINMENT | 926 E 17th St #1, Oakland, CA 94606 |
| Justin Learning | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| K & L ENTERTAINMENT | 926 E 17th St #1, Oakland, CA 94606 |
| K Walkers | 239 Lawton Street, Antioch, CA 94509 |
| Kaiser Foundation Health Plan | PO Box 23020, Oakland, CA 94606 |
| KD PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| Keenans Refrigeration Co | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| King Construction | 239 Lawton Street, Antioch, CA 94509 |
| Kings Construction | 239 Lawton Street, Antioch, CA 94509 |
| Kingsley | 239 Lawton Street, Antioch, CA 94509 |
| Kingsly | 239 Lawton Street, Antioch, CA 94509 |
| Kingsly | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| Larson Construction | 239 Lawton Street, Antioch, CA 94509 |
| LV Western | 9113 S Western Ave, Los Angeles, CA 90047 |

B-5

| | |
|---|---|
| Magic Leap, Inc | 3107 Stirling Rd, Hollywood, CA 33312 |
| Magic Leap, Inc | 3110 Tirling, Hollywood CA 33312 |
| Magic Leap, Inc | 1600 Divisadero, San Francisco, CA, 94143 |
| MEDICAL PHYSICINE | 926 E 17th St #1, Oakland, CA 94606 |
| Mid Valley Labor Services | 18358 Avenue, Madera, CA 93637 |
| Mountain Cascase, Inc | 555 Exchange Ct, Livermore, CA 94550 |
| OAKLAND MEDICAL | 926 E 17th St #1, Oakland, CA 94606 |
| OAKLAND MEDICAL PHYSICINE | 2171 Hussium Hills St, Las Vegas, NV 89108 |
| Pacific Bell Telephone Company | 900 Chestnut, St. Louis, MO 63101 |
| Pacific Gas & Electric | 926 E 17th St #1, Oakland, CA 94606 |
| PACIFIC MANAGEMENT | 926 E 17th St #1, Oakland, CA 94606 |
| PACIFIC PARTNER | 926 E 17th St #1, Oakland, CA 94606 |
| Parkers | 239 Lawton Street, Antioch, CA 94509 |
| Plant Maintenance | 926 E 17th St #1, Oakland, CA 94606 |
| Plant Maintenance | 239 Lawton Street, Antioch, CA 94509 |
| Plant Maintenance | 500 North Brand Blvd Ste 1100, Glendale, CA 91203 |
| Rightsourcing, Inc. | PO BOX 23020, Oakland, CA 94623 |
| Robert Edelman MD | 200046 Lake Chabot, Castro Valley, CA 94546 |
| Roslyn Ent | 235 Montgomery, San Francisco, CA 94101 |
| Sharon D. Burke | 1245 Ingalls Street, San Francisco, CA 94124 |
| Starlett Convalescent | 50 N Honolulu St Apt 114, Las Vegas, NV 89110 |
| T J Production | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| T K Production | 948 N Olive Ave Apt 6, Turlock, CA 95380 |
| T L PRODUCTIONS | 926 E 17th St #1, Oakland, CA 94606 |
| TATRUM APPAREL | 926 E 17th St #1, Oakland, CA 94606 |
| TC Trade, Inc | 926 E 17th St #1, Oakland, CA 94606 |
| Telepacific Communication | 3485 Brookside Rd, Stockton, CA 95206 |
| Tesoro Corp | 921 W Hamilton, Campbell, CA 95008 |
| Theraputeic Pathway | 475 Darlene Ln, Tracy, CA 95377 |
| Tire & Wheel Master, Inc | 3745 Peterson Rd, Stockton, CA 95215 |
| T K PRODUCTION | 926 E 17th St #1, Oakland, CA 94606 |
| TK Science | 239 Lawton Street, Antioch, CA 94509 |
| UCI Construction | 261 Arthur, Martinez, CA 94553 |
| UCI Construction | 926 E 17th St #1, Oakland, CA 94606 |
| Uitracell Corporation | 399 Lindbergh, Livermore, CA 94551 |
| Unified School District | 868 Campbell, Riverside, CA 92502 |

(c) Emails, records, files, logs, or information that has been deleted but is still available to the Provider, relating to stolen identities including the identities resembling the following names with minor typo:

| Last Name | First Name |
| --- | --- |
| AARS | RICHARD |
| ABA | JEANNETTE |
| ABAD | ALLISON |
| ABADILLA | LOUIE |
| ABAI | TSIGEWOINI |
| ABALOS | MARY |
| ABATE | MICHAEL |
| ABAYA | JUDEAH |
| ABBOTT | DEVEN |
| ABBOTT | WILLIAM |
| ABBOTT | DEVEN |
| ABDULLA | ANTHONY |
| ABDULLAH | RASHEED |
| ABELLA | DENNIS |
| ABERCROMBIE | SHONDA |
| ABERRA | FANUEL |
| ABIARO | DIXIE |
| ABOLOS JR | ALBERT |
| ABRAHAM | LESLIE |
| ACERES-LEDINGTON | TAMMI |
| ACKLEY | MARY |
| ADAIR | KAURU |
| ADAMS | ELIZABETH |
| ADAMS | APRIL |
| AGDAMAG | PRESTON |
| AGHAKHANI | ARASH |
| AGHASSIAN | DANIEL |
| AGUAYO | SALVADOR |
| AGUIRRE | MARTIN |
| AHMED | ZAINA |
| ALCARION | EMELITA |
| ALEMI | QAIS |
| ALEMOZAFFAR | FARZANEH |

B-7

| ALESARGEZ | HAIET |
|---|---|
| ALEXANDER JR | DON |
| ALLEN | CYNTHIA |
| ALLEN | ANN |
| ALONSO | EDITH |
| ALVARADO | RUDY (DAVID) |
| AMIR | ALI |
| ANDERSON | NANCY |
| ANDRE | IRIS |
| ANGELES | LOLITA |
| ANGLES | FRANCISCO |
| AOKI | CHUCK |
| AREE | RAJAE |
| ASHE | JONATHAN |
| BAKER | DAJON |
| BAO | YINGZE |
| BARGER | SABRINA |
| BARKER | AMIE |
| BARNES | TAMI |
| BARNES | JOHNIE |
| BARON | CARLOS |
| BARTOS | REBEKAH |
| BASKERVILLE | TRACY |
| BASTIAN | DIANE |
| BATES | GREGORY |
| BAUMANN | STEPHAN |
| BAYYA | HARIKANTH |
| BECHER | BENJAMIN |
| BEHESTI | HOOMAN |
| BENINCASA | PETER |
| BITHONEY | TIM |
| BORODULIN | OLEG |
| BRADLEY | STEPHEN |
| BRADLEY | STEPHEN |
| BRADLEY | BRUCE |
| BRADSKI | CHRISTOPHER |
| BRAGG | RACHEL |
| BRANTLEY | EILEEN |
| BRAR | ARUNVIR |

B-8

| | |
|---|---|
| BRISTOL | SHIRLEY |
| BROWN | JACOB |
| BROWN | CARLA |
| BROWN | FELECIA |
| BROWN | MONICA |
| BUI | PHONG |
| BURNETT | DARLA |
| BURTON | DONNA |
| CAMHA | DOUGLAS |
| CARRIGG | KAREN |
| CARRUESCO | GINA |
| CARTER | ROBERT |
| CASSIMY | BARBARA |
| CATINO | DEBORAH |
| CHAMBERS | MELODY |
| CHAVEZ | CRYSTAL |
| CHEN | JAMES |
| CONTRERAS | NESTOR |
| COOLEY | HEIDI |
| COOPER | ALLEN |
| CORDETT | TIMOTHY |
| CORONA SORIA | GUILLERMO |
| CORTEZ | ELISA |
| COSTELOW | TRISHA |
| COX | HILARY |
| CRAIGHTON | CORNETTA |
| CROSTON | JOHN |
| CUEVAS | ANTHONY |
| CURTIS | LORI |
| DAI | ANNIE |
| DAIN | JENNIFER |
| DANFORTH | RICK |
| DASGUPTA | CHIRANJIB |
| DAVIDSON | MIKE |
| DAVIES | CARRIE |
| DAVIS | TAMMY |
| DAVIS | KRISTY |
| DAWES III | WILL |
| DRAKE | STACY |

B-9

| | |
|---|---|
| ELLIOTT | JULIANNE |
| ELLIOTT | JULIANNE |
| ESTKOWSKI | MARTIN |
| FETTERLY | SUSAN |
| FIGUEROA | MIRELLA |
| FIGUEROALIMA | ALFREDO |
| FIORE | RICHARD |
| FIORE | MICHAEL |
| FORNIRICO | MICHELLE |
| FORSS | TAMMY |
| FOX | CAROLYN |
| GALINDO | SILVINA |
| GARCIA | MARCOS |
| GARIBALDO | FRANCISCO |
| GARIBALDO | FRANCISCO |
| GARLIT | FLORENCE |
| GATES | BARBARA |
| GECK | CHRISTOPHER |
| GIANNONE | NICOLE |
| GILL | RAJINDER |
| GODISH | EVELYN |
| GONZALEZ | DANIEL |
| GOULD | ANNALEE |
| GRADY | JOHN |
| GRAEBNER | JEFFREY |
| GRAVELINE | DAVID |
| GRUNDE | CHRISTER |
| GUARDIOLA | MARIA |
| GUTIERREZ | ARNULFO |
| HALL | VALERIE |
| HANNIE | ANDRE |
| HANSEN | ERIC |
| HANSON | DAVID |
| HEILAND | NICHOLAS |
| HENRY | MELANIE |
| HERMANN | LORELEI |
| HERNANDEZ | MAURICIO |
| HERNANDEZ | RICARDO |
| HERNANDEZ | DANIEL |

B-10

| | |
|---|---|
| HERNANDEZ ALFARO | NARLY |
| HILL | ZACHARY |
| HITT | NANCY |
| HOLLOWAY | SEAN |
| HONNIBALL | LESLIE |
| HORTON | GABRIELLE |
| HOSMANN | ARIEL |
| HUI | AILEEN |
| HUI | ABRAHAM |
| HUTCHISON | TYLER |
| IBANZE | ANDREZ |
| IGIEBOR | OSARUESE |
| IYENGAR | NARA YAN |
| JACKSON | IRENE |
| JARSEY | MARTHA |
| JELLISON | BARBARA |
| JOHNSON | DAWN |
| KAKAR | PRIYANKA |
| KEY | BARBARA |
| KHAN | ZIAD |
| KINCAID | KENNETH |
| LAROSE ANDERSON | SHARILYN |
| LE | DAI |
| LEE | CALVIN |
| LEE | APRIL |
| LEON | HELEN |
| LI | LESTER |
| LIM | KADY |
| LIU | MAURICE |
| LOPEZ | EDDIE |
| LOZANO | CASILDO |
| LUNDMARK | DAVID |
| MA | LING |
| MADALA | SUMANTH |
| MARINI | FIDELE |
| MATALONESMITH | KELLY |
| MEDINA | ELISEO |
| MENDEZ | MARISELA |
| MINAKER | ERIN |

B-11

| | |
|---|---|
| MIRANDA | RAMON |
| MIRELES | JOSE |
| MORALES | OSBALDO |
| MORRIS | CHARLENE |
| NAGEL | PETRA |
| NISHIDA | PAMELA |
| OBRESTAD | RACHEL |
| OCONNOR | CHARLES |
| OELERICH | KENNETH |
| OH | ELIZABETH |
| OJO | OSARGUE |
| OKAZAKI | KYLE |
| OLSEN | RICK |
| PARK | JAY |
| PARKER | LEE |
| PERERA | FRANCIS |
| PFEIFFER | BRENDA |
| POWELL | SUMMER |
| PRESTWOOD | PAUL |
| PRESTWOOD | LILLIAN |
| QUESADA JR | LORENZO |
| RAAL | DAVID |
| RADTKE | LAURA |
| RASMUSSEN | CHRIS |
| REUTER | THOMAS |
| REYNOLDS | CHARLES |
| REYNOLDS | CHARLES |
| RODRIGUEZ | MIGUEL |
| ROMERO | CYNTHIA |
| ROSALES | SILVIO |
| RUEF | DOUGLAS |
| SAETERN | PAET |
| SALIM | MUHAMMAD |
| SCHERER | ANDREW |
| SCHNEIDER | JAY |
| SCOTT | MARTHA |
| SERRATO | BALDEMAR |
| SERRATO | MARIA |
| SIMON | JENNIFER |

B-12

| | |
|---|---|
| SNYDER | ROBERT |
| STEVENSON | VICTORIA |
| SZTAPKA | JASON |
| TATUM | ERIC |
| THATCHER | RAYMOND |
| UON | SARAN |
| VAN VORHIS | ROBERT |
| VANEGAS | ALBERTO |
| VILLA | PEDRO |
| WENDOFF | MIRANDA |
| WHELAN | DAVID |
| WILSON | LYNNETT |
| WILSON | LYNNETT |
| WRIGHT | LORI |
| WYATT | GLEN |
| YUNG | HENA |

(d) Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(e) Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

(f) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(g) Documents, records, or evidence reflecting communications or contacts, including notes, memoranda, correspondence, reports, or emails relating to paragraphs (a) through (f) above or identity theft.

B-13

(h) Documents, records or evidence relating to any communication, meeting, correspondence or sharing of information with Gregory Lee and/or lee.greg2016@gmail.com; Sergio Reyna and/or sergioreyna91@comcast.net; or Brittany Maunakea and/or maunakea415@comcast.net as it relates to violations of Title 18 United States Code §§ 1341 and 1028A